**EXHIBIT D**



**KEVA**
**ENGINEERING,** LLC
**ACCIDENT RECONSTRUCTION**

840 Calle Plano
Camarillo, CA 93012
Phone (805) 388-6016
Facsimile (805) 388-6046

**April 24, 2008**

Mr. Scott Freeman
Fennemore Craig, P.C.
303 North Central Avenue, Suite 2600
Phoenix, AZ 85012-2913

**Re:  Moreno v. Firestone**

Dear Mr. Freeman,

As requested, I am submitting this report regarding my accident reconstruction findings to date. The above referenced matter concerns a single vehicle rollover collision that occurred on June 16, 2004 in Mexico.  Reportedly, per the Federal Police Accident Report  No. 130/04, while traveling north bound on Mexico 45 between Ciudad-Chihuahua and Ciudad-Juarez, near the 93 km location, Mr. Angel Juarez Moreno experienced a left rear tire disablement and lost control of the subject 2000 Ford Excursion.  Mr. Moreno's vehicle experienced a counterclockwise yaw to the left, emanating from the #2 lane, and exited the paved roadway and entered the median at a steep yaw angle.  In the median, the vehicle continued to yaw clockwise before experiencing a single driver's side leading roll and coming to rest upright.  During the course of the roll sequence, the right front passenger, Ms. Antonia De Santiago Castillo was ejected and fatally injured.

This collision involved a 2000 Ford Excursion with ten occupants.  Mr. Angel Juarez Moreno was the driver; Ms. Antonia De Santiago Castillo was the right front passenger.  The middle row seat contained four passengers including one adult and three children:  Beatriz De Santiago (adult), Beatriz De Santiago (child), Jose Antonio De Santiago, and Jose Carlos De Santiago. The rear seat contained at least three passengers:  Angel Juarez, Jr., Andre Juarez De Santiago, and Jessica De Santiago.  Based on the available information, the tenth passenger, Joaquin Antonio Juarez De Santiago's location in the vehicle is not firmly defined.

**Materials Reviewed**
My retention in this matter was to perform an accident reconstruction of the vehicle motions, including velocities, times, and locations during the collision sequence.  In order to perform this work, the following documents were reviewed and analyzed:

- Federal Preventive Police Accident Report (Spanish and English translations) including associated documents including Vehicle Loss Report, Information report, Forensic Sciences Report
- Autopsy Report including Death Certificate, Toxicological Reports and associated documents including transportation documents for decedent.
- Customs Entry and Vehicle Importation Documents
- Provided At-Scene Photographs
- Provided Vehicle Photographs

- Complaint
- Medical Records
- Appearance and Statement of Beatrice Moreno Lara
- Plaintiff's Rule 26 Initial Disclosure Statement
- Responses to Defendant's-Requests for Production to Plaintiff-Regarding Vehicle History
- Deposition of Beatriz De Santiago – Taken on March 13, 2008.
- Deposition of Angel Juarez Moreno – Taken on March 13, 2008.
- Deposition of Joaquin De Santiago-Castillo – Taken on March 13, 2008.
- Birth Certificates
- Marriage Certificate
- INS Documents
- U.S. Department of Justice Authorizations
- United Mexican State Civil Registration for Antonia De Santiago Castillo
- Federal Electoral Institute federal register of electors voting credential for Juarez Moreno
- Vehicle Manual – Excursion Owner's Guide and Supplement
- Vehicle Specifications and data concerning the subject Ford Excursion
- Google Earth Aerial Photograph of Accident Location

**Traffic Collision Report**
The Mexican Federal Prevention Police investigated and documented the physical evidence related to this collision event. Photographs were taken to document the roadway condition, impact points and the point of rest of the subject 2000 Ford Excursion.

**Vehicle Inspection Conducted**
On March 24, 2008, I conducted an inspection and documentation of the accident vehicle in Corpus Christi, Texas. This inspection included measurements and numerous digital photographs. This vehicle inspection allowed a scale drawing of the vehicle to be prepared so that roll dynamics and other facts of the collision could be established. While the photographs and data are too voluminous to attach to this report, these documents are available for duplication if requested.

**Scene Inspection Conducted**
On April 8, 2008, I conducted an inspection and documentation of the accident location in Mexico. This inspection included Leica total station measurements and numerous digital photographs. While the roadway had been repaved and restriped, many physical features of the scene were in the same condition as on the day of the collision. Many scene physical features, including rocks, trees, signs, fence posts and furrows in the median were still present. Photogrammetry was performed in order to identify the location of the vehicle point of rest and tire marks. A scale drawing of the scene was prepared so that vehicle travel distance, roll distances and other pertinent collision facts could be determined. The GPS coordinates for the location were determined. While the photographs and measurement data are too voluminous to attach to this report, these documents are available for duplication if requested.

## Scene Evidence

The vehicle on and off road tire marks and furrows were plotted on a scale scene reconstruction drawing based on their locations as shown in the provided photographs. The vehicle point of rest was determined. The vehicle roll path was determined. Tempered glass deposits were found along the vehicle roll path. Fractured, darkened tempered glass including an attached Ford part number from the left rear cargo area fixed glass was located at the scene and measured.

My CAD drawings and analysis of the scene are not all attached to this report but upon request, they are available for duplication by my office.

## Vehicle Evidence

The 2000 Ford Excursion, VIN 1FMNU41SXYED26307, was inspected and photographed on March 24, 2008. Additionally, photographs taken by others were studied and utilized in the accident reconstruction analysis. The 2000 Ford Excursion is equipped with four wheel drive, manual locking front hubs, standard ABS (Anti-Lock Braking System), 6.8L V10 gasoline engine and supplemental airbag restraint system for the driver and front passenger. The odometer read 80,400 miles at the time of the inspection. The airbags are not deployed.

The vehicle exhibits distinct abrasions and damage consistent with the rollover. The paint scratches and abrasions occurred as a result of the vehicle rolling over and sliding and impacting the painted surfaces against the ground. Analysis of these paint scratches and abrasions allows the determination of the progression of the rollover. The structural deformation was also analyzed in order to determine loadings experienced during the rollover. Left side contact damage indicates a significant left side impact in the initial quarter roll. This left side contact was sufficient to fracture the left rear fixed window as well as cause structural changes to the roof and support pillars. An analysis of scratch and abrasion direction and order was performed on the subject Ford Excursion. The analysis of the structural deformation patterns was also performed and the roll sequence determined. The right side, upper surfaces of the roof rails and hood, and left side of the vehicle exhibited distinct abrasion directions in the documented damage. There are numerous localized scratches and deformation.

The vehicle exhibits severe abrading of the outer shoulders and outboard tread blocks of the right side tires, both front and rear. This tire evidence is consistent with the photographed, heavy tire marks left by the Ford during the counterclockwise yaw as it left the paved surface and confirms the vehicle was passenger side leading during this maneuver.

The left front and right front windows were both fractured while in the up position based on window mechanism position and the location of tempered glass pieces in the window frame. Tempered glass will fracture due to both direct and induced forces applied to the roof and supporting structure.

## Accident Reconstruction Conclusions

After examining the scene evidence, the vehicle evidence and the testimonial evidence, scale scene and vehicle drawings were created and analyzed in order to reconstruct the vehicle motions from the onset of the physical evidence up through the rollover. Industry standard and peer accepted reconstruction methodologies are employed to arrive at the following conclusions.

The accident reconstruction drawing, showing the physical evidence and the reconstructed vehicle motions, is attached to this report.

**On Road motions:**  On-road tire marks were observed and determined to be from the right side tires of the Ford.  These tire marks are plotted to scale on the reconstruction drawing and it was determined that the Ford started leaving these marks while in the Northbound #2 (right hand) lane.  These tire marks represent greater than 90 feet of on-road movement.  At the end of the tire marks, at entry to the unpaved median, the Ford has rotated counter clockwise greater than 90 degrees.  The speed at the start of the visible tire marks, is determined to be approximately 60 to 72 mph.

**Motions Through Unpaved Median:**  The vehicle enters the unpaved median at a yaw angle greater than 90 degrees with the passenger side leading and the vehicle facing in a westerly direction (assuming a northbound roadway).  The Ford traverses approximately 145 feet through the unpaved median while rotating approximately 180 degrees in a counter-clockwise manner up to the start of heavy furrowing and tripping of the vehicle as it leads to rollover.  The Ford is traveling at a velocity of approximately 47 to 59 mph upon entering the median.  The Ford is yawing, counterclockwise, greater than 60 degrees per second at entry to the median.  Additionally, the Ford is yawing, counterclockwise, greater than 70 degrees per second while traversing the median.

**Motions through Trip Phase:**  The Ford leaves heavy dirt furrowing marks in the median for approximately 20 feet before it begins rollover.  At the start of the 20 feet of furrowing, tripping, the Ford is traveling at approximately 30 to 36 mph.  The trip phase ends in an area of disrupted rocks and piled dirt indicating an increase in rollover inducing forces at the end of the trip phase due to increased interaction with the ground.

**Motions through Rollover:**  The damage pattern observed on the accident vehicle, the debris field, contact marks observed at the accident scene, and orientation of the vehicle at point of rest indicate that the vehicle rolled one time (360 degrees), prior to coming to rest upright and on its wheels. It was also determined that the rollover distance was 31 feet.  The speed at the start of the rollover was approximately 21 to 23 mph using industry accepted drag factors.  The time duration of the rollover was approximately less than or equal to 2 seconds.  The average roll rate was calculated to be approximately 180 to 200 degrees per second; peak roll rates will be significantly higher.

**Qualifications**
I am the Technical Director of the consulting firm of KEVA Engineering, LLC located in Camarillo, California.  Prior to my employment with KEVA Engineering, LLC, I was a Research Engineer with the consulting firm of Collision Research and Analysis, Inc. located in Torrance, California.  Since 1988, my full time work has been in the field of accident reconstruction.  I have participated in the analysis and engineering reconstruction of over 1800 transportation accidents.  I have performed vehicle crash testing including rollover collision testing.  I obtained a bachelor of science in Mechanical Engineering from the University of California at Santa Barbara in 1988 and have done significant continuing education and professional development since receiving my degree.  I am a member of the Society of Automotive Engineers, the

Association for the Advancement of Automotive Medicine, The Human Factors and Ergonomics Society, and the American Society of Mechanical Engineers. I have edited a technical compendium book on accident reconstruction for the Society of Automotive Engineers and have authored or co-authored research publications in the field of transportation accident analysis and have instructed and lectured on Accident Reconstruction for various professional societies. A true and correct copy of my curriculum vitae is being provided with this report.

This report and the written opinions and conclusions are based on my background, training, experience, and expertise in the area of accident reconstruction, vehicle dynamics, driver performance and vehicle safety. Methodologies that are utilized are based on peer reviewed and accepted calculation techniques.

The opinions and conclusions in this preliminary report are based upon the material reviewed to date. Receipt of additional material may require additional analysis and there may be refinement and additions to this report. If you have any questions, please do not hesitate to contact the undersigned.

Respectfully Submitted,

Michael S. Varat
Technical Director
KEVA Engineering, LLC

ACCIDENT SCENE

LEFT QTR GLASS

BLACK GLASS

ROCK

STATION 001

PRELIMINARY
MORENO V. FIRESTONE, et al.

0   10'        50'



**KEVA**
**ENGINEERING,** LLC
*ACCIDENT RECONSTRUCTION*

840 Calle Plano
Camarillo, CA 93012
Phone (805) 388-6016
Facsimile (805) 388-6046

**MICHAEL S. VARAT**                                            **CURRICULUM VITAE**

### POSITION

Technical Director /Automotive Engineer specializing in transportation accident analysis and reconstruction, automotive safety, and vehicle dynamics analysis. Consulting activities include the analysis, reconstruction and occupant kinematics analysis of automobile, truck, auto-pedestrian, motorcycle and bicycle collisions.
Consulting activities also include court appearances as an expert witness.

### EXPERIENCE

Automotive Engineer with the consulting firm of KEVA Engineering, LLC from 1993 to present. Research Engineer with the consulting firm of Collision Research and Analysis from 1988 to 1993. Since 1988, have been responsible for the analysis, engineering reconstruction and trial preparation of over 1800 automobile, motorcycle, auto-pedestrian, truck, and bicycle collisions. Designed, participated in, conducted and analyzed numerous full scale automotive collision tests.

Performed instrumented vehicle handling and performance tests including braking performance tests involving SAE J2505 methodology, handling tests and dynamic vehicle response evaluations including SAE J266 testing.

Developed and wrote CAE applications currently used for accident reconstruction and collision dynamics analysis.

Performed instrumented motorcycle handling and braking performance evaluations. Motorcycles ridden and tested include off-road, sport, cruiser, scooters and touring type motorcycles.

Engineering duties have also included numerous static and dynamic laboratory experiments to evaluate the performance of safety related components including seats, seat belts, fuel systems, and door latches.

### EDUCATION

Bachelor of Science - Mechanical Engineering, University of California at Santa Barbara, 1988.

Continuing education courses and conferences on the following topics taken over the last 20 years:
- o  Advanced Engineering Analysis, Finite Element Theory
- o  Crash Reconstruction, Impact Biomechanics, Accident Injury Scaling
- o  Occupant Kinematics, Airbag Sensor Design, Automotive Safety and Restraints
- o  Rollover Collisions
- o  Traffic Engineering
- o  Air Brake Systems
- o  Vehicle Dynamics, Tire Engineering, Automotive Dynamics Instrumentation
- o  Performance Evaluation of Anti-lock Braking Systems

**Automotive Safety Consulting**                                            **Motorsports Technology**
**www.kevaeng.com**

## PROFESSIONAL AFFILIATIONS

o  SAE: Society of Automotive Engineers - Member;
o  AAAM: Association for the Advancement of Automotive Medicine - Member.
o  HFES: Human Factors and Ergonomics Society - Member.
o  ASME: American Society of Mechanical Engineers - Member.

## HONORS

o  PI TAU SIGMA, National Mechanical Engineering Honor Society - Member.

o  SAE Recognition Awards:
   - Organizer for Automotive Seat Design for Safety TOPTEC, Marina Del Rey, CA, 1995.
   - Organizer for Accident Reconstruction: State of the Art TOPTEC, Costa Mesa, CA, 1999.
   - Organizer for Accident Reconstruction: Special Topics TOPTEC, Tempe, AZ, 2001.
   - Organizer for Accident Reconstruction Symposium, Ventura, CA, 2005.

o  2008 Forrest F. McFarland Award from SAE for contributions toward the work of the SAE Engineering Meetings Board (EMB) in the planning, development, and dissemination of technical information.

## RESEARCH COMMITTEE APPOINTMENTS AND ACTIVITIES

o  Chairman of Accident Reconstruction Sessions at SAE Congress, Detroit, MI, 1993, 1998, 2001, 2002.
o  Member of Editorial Advisory Board for Accident Analysis and Prevention, An International Journal. Official Journal of the *Association for the Advancement of Automotive Medicine* and Sponsored by the *International Association for Accident and Traffic Medicine* and the *International Research Committee on Biokinetics of Impacts. 1993-1996.*
o  Member of SAE Transactions Selection Committees #22, #22AR, and #70 in the areas of Passenger Protection, PC Accident Reconstruction, and Safety (1994 - 2004).

o  Member of SAE Accident Investigation and Reconstruction Practices Standards Committee.
   - Past Chairman of IT-9 Collision Trajectory Algorithm Task Group.
   - Member of IT-6 Tire-Roadway Friction Task Group (J2505).
   - Member of Motorcycle Reconstruction Practices Task Group.
   - Co-Chairman of J1675 Accident Reconstruction Terminology Task Group

o  Member of SAE Seat Standards Committee (currently inactive committee).
   - Past Chairman of J879b Update Task Force Committee.

o  Member of SAE Impact and Rollover Test Standards Committee.
o  Member of SAE Occupant Protection Committee (Vice-Chair 2008-2009).

o  Co-organizer of SAE Accident Reconstruction Sessions at 2001 through present SAE Congress.

o  Co-organizer and Lecturer at BH2VK Crash Testing Project Seminar, San Bernardino, CA, 1993.

## PEER REVIEW COMMITTEE APPOINTMENTS

o   Technical Publication Review Committee for the following Publications:
- SAE Publication: *Automotive Safety: Present and Future Technology*, 1992.
- 39th Annual Proceedings of Association for the Advancement of Automotive Medicine Conference, Chicago, IL, October, 1995.
- SAE Publications: *Accident Reconstruction: Technology and Animation IV-IX*, 1994 - 1999.
- SAE Publication: *Accident Reconstruction: Analysis, Simulation, and Visualization*, 2000.
- SAE Publication: *Accident Reconstruction: Crash Analysis*, 2001.
- SAE Publication: *Accident Reconstruction*, 2002 through 2008.

## EDITED BOOKS

Varat, M.S., <u>Crash Reconstruction Research: 20 Years of Progress (1988-2007)</u>, PT-138, ISBN Number: 978-0-7680-2052-6, Society of Automotive Engineers, Warrendale PA, 2008.

## AUTHORED AND CO-AUTHORED RESEARCH PUBLICATIONS

1. Developed photogrammetry computer program for following publication: Kerkhoff, John F., <u>Photographic Techniques for Accident Reconstruction</u>. SAE Paper 850248. Published in SAE Publication, *Field Accidents: Data Collection, Analysis Methodologies, and Crash Injury Reconstruction*, P-159. Society of Automotive Engineers, Warrendale PA, 1985. Participation Acknowledged in Publication.
2. Husher, Stein E., Varat, Michael S., Kerkhoff, John F., <u>Survey of Photogrammetric Methodologies for Accident Reconstruction</u>. *Proceedings of the Canadian Multidisciplinary Road Safety Conference VII*, Vancouver, B.C., Canada, 1991.
3. Varat, Michael S., Husher, Stein E., <u>A Study of Partial System Vehicle Braking</u>. (Published abstract) *Proceedings of the Canadian Multidisciplinary Road Safety Conference VII*, Vancouver, B.C., 1991.
4. Kerkhoff, John F., Husher, Stein E., Varat, Michael S., Busenga, Alison M., Hamilton, Kevin G., <u>BH2VK Crash Testing Project Seminar Notes</u>. August, 1992, San Bernardino, CA.
5. Blaisdell, David M., Levitt, Andrew E., Varat, Michael S., <u>Automotive Seat Design Concepts For Occupant Protection</u>. SAE Paper 930340. Society of Automotive Engineers, Warrendale PA, 1993. Published in SAE Publication, *Seat System: Comfort and Safety*, SP-963.
6. Kerkhoff, John F., Husher, Stein E., Varat, Michael S., Busenga, Alison M., Hamilton, Kevin G., <u>An Investigation into Vehicle Frontal Impact Stiffness, BEV and Repeated Testing for Reconstruction</u>. SAE Paper 930899. Society of Automotive Engineers, Warrendale PA, 1993. Paper elected to 1993 SAE Transactions Volume 102, Journal of Passenger Cars. Published in SAE Publication, *Accident Reconstruction: Technology and Animation III*, SP-946.
7. Hight, P., Fugger, T., Marcosky, J., Varat, M.., <u>Asymmetric Water Drag on Vehicle Trajectory and Human Response</u>, Paper C462/39/106, *AutoTech '93*, Institute of Mechanical Engineers, Birmingham, England, 1993.
8. Varat, Michael S., Husher, Stein E., Kerkhoff, John F., <u>An Analysis of Trends of Vehicle Frontal Impact Stiffness</u>. SAE Paper 940914. Society of Automotive Engineers, Warrendale PA, 1994. Published in SAE Publication, *Accident Reconstruction: Technology and Animation IV*, SP-1030.

9. Husher, Stein E., Noble, Mark M., Varat, Michael S., Kerkhoff, John F., An Analysis of ATD Seating Positions in NHTSA Frontal Crash Testing. SAE Paper 950890. Society of Automotive Engineers, Warrendale PA, 1995. Published in SAE Publication, *Advances in Occupant Protection Technologies for the Mid-Nineties*, SP-1077.

10. Varat, Michael S., Husher, Stein E., Parametric Study of Automobile Impact Severity in a Diverse Vehicle Population Environment, ISATA Paper 96SAF059, Published in the *Proceedings from the Dedicated Conference on Road and Vehicle Safety, 29th International Symposium on Automotive Technology and Automation*, Florence, Italy, 1996.

11. Varat, Michael S., Husher, Stein E., Vehicle Crash Severity Assessment in Lateral Pole Impacts, SAE Paper 1999-01-0100, Society of Automotive Engineers, Warrendale PA, 1999. Published in SAE Publication, *AccidentReconstruction: Technology and Animation IX*, SP-1407.

12. Varat, Michael S., Husher, Stein E., Vehicle Impact Response Analysis Through the Use Of Accelerometer Data, SAE Paper 2000-01-0850, Society of Automotive Engineers, Warrendale PA, 2000. Published in SAE Publication, *Accident Reconstruction: Analysis, Simulation, and Visualization*, SP-1491.

13. Varat, Michael S., Kerkhoff, John F., Husher, Stein E., Armstrong, Christopher D., Shuman, Karl F. The Analysis and Determination of Tire-Roadway Frictional Drag, SAE Paper 2003-01-0887, Society of Automotive Engineers, Warrendale PA, 2003. Published in SAE Publication, *Accident Reconstruction 2003*, SP-1773.

14. Varat, Michael S., Husher, Stein E., Crash Pulse Modeling For Vehicle Safety Research, Paper #501, Presented and Published at the *18TH International Technical Conference on the Enhanced Safety of Vehicles*, Nagoya, Japan, 2003.

15. Varat, Michael S., Husher, Stein E., Shuman, Karl F., Kerkhoff, John F, Rider Inputs and Powered Two Wheeler Response for Pre-Crash Maneuvers, Published and Presented at the *5th International IFZ Motorcycle Safety Conference*, Munich, Germany, 2004.

16. Provided Acknowledged Accident Reconstruction Support to: The Alliance Rollover Study of NASS and FARS Data, Phase 1: NASS Injury Statistics, Docket NHTSA-1999-5572-119, 2004.

17. Shuman, K.F., Husher, S.E., Varat, M.S., Armstrong, C.D., Do I Brake or Do I Swerve – Motorcycle Crash Avoidance Maneuvering, Published and Presented at *The 2006 International Motorcycle Safety Conference – The Human Element*, Motorcycle Safety Foundation, Long Beach, CA, 2006.

18. Varat, M.S., Husher, S.E., Kerkhoff, J.F., Armstrong, C.D., Steiner, J.C., Modeling of Truck-Car Sideswipe Collisions Using Lug Patterns, SAE Paper 2008-01-0179, Society of Automotive Engineers, Warrendale PA, 2003. Published in SAE Publication, *Accident Reconstruction 2008*, SP-2160.

## INVITED LECTURES

1. Varat, Michael S., *Accident Reconstruction and Forensic Engineering*, Guest Lecture at ME150 Course, University of California, Santa Barbara, 1990.

2. Varat, Michael S., Husher, Stein E., *Delta V and Collision Severity in Frontal Impacts*, Lectured at *36th Annual Conference of the Association for the Advancement of Automotive Medicine*, Portland, OR, 1992.

3. Varat, Michael S., *Frontal Collision Restraint System Evidence*, Course Faculty Member at *Car Crashes and Occupant Injuries: A Team Approach to Crash Investigation*, presented by the Association for The Advancement of Automotive Medicine, Tempe, AZ, 1997.

4. Varat, Michael S., Kerkhoff, John F., *Assessment of Vehicle Crash Severity – Delta V Analysis*, presented at the Meeting of the Society of Forensic Engineers and Scientists, Yosemite, CA, 1998.

5. Varat, Michael S., *Frontal Impacts: Occupant Dynamics and Injuries*, Course Faculty Member at *Car Crashes and Occupant Injuries: A Team Approach to Crash Investigation*, presented by the Association for the Advancement of Automotive Medicine, Tempe, AZ, 1998, 1999, 2000.

6. Varat, Michael S., *Pole Impacts: Vehicle and Occupant Dynamics*, Course Faculty Member at *Car Crashes and Occupant Injuries: A Team Approach to Crash Investigation*, presented by the Association for the Advancement of Automotive Medicine, Tempe, AZ, 1999.

7. Varat, Michael S., *Accident Reconstruction: Vehicle and Occupant Dynamics*, Presentation at *SAE Seminar: Injuries, Anatomy, Biomechanics and Federal Regulation*, Course Director, Jeffrey Pike, Costa Mesa, CA, 1999.

8. Varat, Michael S., *Analytical Collision Pulse Modeling*, Presentation at SAE TOPTEC, *Accident Reconstruction: State of the Art*, Costa Mesa, CA, 1999.

9. Varat, Michael S., *Heavy Vehicle Interaction with Roadside Hardware*, Presentation at SAE TOPTEC, *Heavy VehicleRollover: Prevention, Analysis, and Reconstruction*, Vancouver, Canada, 2000.

10. Varat, Michael S., *Barrier Equivalent Velocity Analysis in Accident Reconstruction*, Presentation at SAE TOPTEC, *Accident Reconstruction: Special Topics*, Tempe, AZ, 2001.

11. Varat, Michael S., *Assessment of Vehicle Crash Severity*, Presentation at Southwestern Association of Technical Accident Investigators Conference, Phoenix, Arizona, 2001.

12. Varat, Michael S., Husher, Stein E., *Collision Severity in Rollover Accidents*, Presentation at SAE TOPTEC, *Passenger Vehicle Rollover TOPTEC: Causes. Prevention and Injury Prevalence*, Scottsdale, AZ, 2002.

13. Varat, Michael S. *Accident Reconstruction: Understanding How Accidents Occur*, Presentation at California Institute of Traffic Safety (CITS) Course: *Traffic Safety and Liability Analysis*, San Diego State University, San Diego, CA 2002.

14. Varat, Michael S., *Who Was Really Behind the Wheel? A Case Study in Accident Reconstruction*, Presentation at Fall 2005 Seminar Technical Program of the California Association of Criminalists, Los Angeles, CA, 2005.

15. Varat, Michael S. *Motorcycle Cornering and Braking: Lessons for Accident Causation*, Presentation at the SAE Accident Reconstruction Symposium, Ventura, CA 2005.

## RELATED ACTIVITIES

o  Since 1984, practical vehicle dynamics experience gained through active participation in Sports Car Club of America (SCCA) competition including Solo I, Solo II slalom, and National and Regional Road Course Racing. Competition experience includes Formula, GT, and production based racing cars. Currently hold an SCCA National Competition License.

o  Practical motorcycle experience includes involvement in AMA and BITD off-road desert racing and street riding experience.  Currently own both off-road and street motorcycles.

Vant Testimony Listing - Current

| Testimony | Plaintiff | Defendant | Client Name | Client Represents | Date | Location | Venue | Case Number |
|---|---|---|---|---|---|---|---|---|
| Deposition | Jasmin | Bonds | Mankewicz | Held, Jeffrey | D | 1/5/2004 | Woodland Hills, CA | L.A. County | BC 293031 |
| Deposition | Bonds | County of Ventura | Held, Jeffrey | D | 1/7/2004 | Encino, CA | L.A. County | CIV 215690 |
| Deposition | Brown | Lieboon | Seal, David | D | 1/8/2004 | Irvine, CA | Orange County | 03OC02694 |
| Trial | Nelson | City of Los Angeles | Christensen, Suzanne | D | 1/14/2004 | | L.A. County | BC266643 |
| Trial | Hernandez | L.A. County | Yee, Derek | D | 1/16/2004 | | L.A. County | |
| Deposition | | City of Los Angeles | Christensen, Suzanne | D | 1/23/2004 | Los Angeles, CA | L.A. County | TC016799 |
| Trial | Brown | Uliberri | Seal, David | D | 1/27/2004 | | Orange County | 03CC02694 |
| Deposition | Jazmin | El Delrio Foods | Thomas, Mitchell | D | 2/24/2004 | | L.A. County | BC293031 |
| Trial | Pierce | City of Los Angeles | Pinder, Jessalyn | D | 2/23/2004 | | L.A. County | TC016929 |
| Deposition | Nochor | City of Los Angeles | Breaume, Renee | D | 3/15/2004 | | L.A. County | BC 286892 |
| Deposition | Hermann | Galore Enterprises | Molenkamp, Kristine | D | 4/15/2004 | | Ventura County | 11259216 |
| Deposition | | City of Los Angeles | Schulte, Victor A. | D | 5/5/2004 | Westlake Village, CA | L.A. County | BC 292270 |
| Trial | Dalat | City of Los Angeles | Schulte, Victor | D | 5/25/2004 | | L.A. County | BC290270 |
| Deposition | Middlesaso | | Thomas, Daniel | D | 11/16/2004 | | L.A. County | SC075725 |
| Trial | Hernandez | L.A. County | Yee, Derek | D | 12/1/2004 | Los Angeles, CA | L.A. County | |
| Trial | Hernandez | L.A. County | Yee, Derek | D | 12/8/2004 | Los Angeles, CA | L.A. County | |
| Deposition | Sato | Wright | Cohen, Jackson | D | 2/24/2005 | Chatsworth, CA | L.A. County | PC034680 |
| Trial | Sato | Wright | Cohen, Jason | D | 3/2/2005 | Chatsworth, CA | L.A. County | PC034680 |
| Deposition | Hernandez | Estate of Willis | Kokoszko, Barbara | D | 3/18/2005 | Beverly Hills, CA | L.A. County | TC017323 |
| Deposition | Pasos | | Justice, Jeff | D | 4/21/2005 | Santa Maria, CA | | |
| Trial | Hermann | Galaxy | Mollenkopf, Kristine | D | 5/2/2005 | Santa Maria, CA | | 1128235 |
| Deposition | Otto | Andreasen | Sayas, Joseph | P | 8/24/2005 | Glendale, CA | L.A. County | VC043062 |
| Deposition | Stephenson | Chatham Ford | Clark, Albert | P | 8/26/2005 | | El Paso, TX | |
| Deposition | Rosten | A.V. Nissan | Wiar, Jeff | P | 8/30/2005 | Woodland Hills, CA | L.A. County | MC13935 |
| Deposition | Rosales | City of Los Angeles | David Schaefer | D | 9/9/2005 | Santa Monica, CA | L.A. County | BC321084 |
| Deposition | Atalla | | Ourfalian, Sarkis | D | 10/5/2005 | Canoga Park, CA | L.A. County | LC064928 |
| Trial | People | Bruce Lister | Pena, John | P | 10/6/2005 | Los Angeles, CA | L.A. County | |
| Deposition | Goto | Ferranti | Ourfalian, Sarkis | D | 11/16/2005 | Pasadena, CA | | |
| Deposition | People | LaGrone | Justice, Jeff | P | 12/4/2006 | | Pasadena, CA | |
| Deposition | Valencia | General Motors | Powers, Geoffrey | D | 12/8/2006 | DeWitt County, IL | DeWitt County, IL | KC04411670 |
| Deposition | Angela | Ross | Aubry, Heather | D | 2/2/2006 | Gardena, CA | L.A. County | BC335081 |
| Deposition | Angela | Ross | Aubry, Heather | D | 2/7/2006 | Los Angeles, CA | L.A. County | RCV076716 |
| Trial | Amelia | Earthbound Tire Centers | Mera, Anthony M. | D | 2/8/2006 | Woodland Hills, CA | L.A. County | BC225081 |
| Deposition | Alvarez | Gallegos | Levis, Honey | D | 3/7/2006 | Chatsworth, CA | L.A. County | LC064928 |
| Deposition | Atalla | Earthbound Tire Centers | Bruce Schoettler | D | 3/10/2006 | Santa Ana, CA | San Bernadino | RCV076716 |
| Deposition | Brown | | Ourfalian, Sarkis | D | 3/13/2006 | Chatsworth, CA | L.A. County | LC064928 |
| Trial | People | LaGrone | Justice, Jeff | P | 3/24/2006 | | L.A. County | BC333196 |
| Deposition | Brown | City of Los Angeles | Powers, Geoffrey | D | 4/4/2006 | Bloomington, IL | Bloomington, IL | |
| Deposition | Alvarez | General Motors | Aubry, Heather | D | 4/7/2006 | Los Angeles, CA | Gardena, CA | BC333196 |
| Trial | Angela | Ross | Aubry, Heather | D | 4/17/2006 | Los Angeles, CA | L.A. County | RCV076716 |
| Trial | Masas | City of Los Angeles | Mera, Anthony M. | D | 2/20/2006 | Woodland Hills, CA | L.A. County | BC222081 |
| Deposition | Shinske | | Levis, Honey | D | 2/27/2006 | Santa Monica, CA | L.A. County | SC083050 |
| Trial | Ramos | Safway Manufacturing | Ray Barrera | P | 5/18/2006 | Decatur, IL | DeWitt County, IL | |
| Deposition | Torres | Swift Trucking | Obermley, Scott | D | 5/23/2006 | Rancho Cucamonga, CA | San Bernadino | SCV051120813 |
| Deposition | Alvarez | Gallegos | Doollas, Stephen | D | 6/14/2006 | Rancho Cucamonga, CA | San Bernadino | RCV076716 |
| Deposition | Callahan | MVT Trucking | Oberhley, Scott | D | 6/22/2006 | San Bernardino, CA, CA | San Bernardino | SCVSS120813 |
| Deposition | Sbriten | City of Los Angeles | Bojonquez, Christian | D | 7/18/2006 | Los Angeles, CA | L.A. County | CV058351 |
| Deposition | Rymkla | Terry York Motors | Amundson, Greg | D | 8/9/2006 | Los Angeles, CA | L.A. County | LC072325 |
| Deposition | Bryan | Gallagos | Dobba, Lawrence | D | 8/14/2006 | Glendale, CA | L.A. County | EC039446 |
| Deposition | Sbriten | City of Los Angeles | Bojonquez, Christian | D | 8/30/2006 | Los Angeles, CA | L.A. County | CV058351 |
| Trial | Hill | Titan Tire | Bastilici, Brent | D | 9/1/2006 | | Federal Court | TC015706 |
| Deposition | Enrich | Beals Trucking | Oberhley, Peter | D | 9/6/2006 | Los Angeles, CA | L.A. County | SC064351 |
| Trial | Armstrong | Berglin | Kohn, Robert | P | 10/5/2006 | Los Angeles, CA | L.A. County | BC330275 |
| Deposition | Zolti | Zolti | Thomas, Michael | D | 10/23/2006 | Glendale, CA | L.A. County | EC041069 |
| Deposition | Sanders | P & L | Dunn, Laurence | D | 10/27/2006 | Los Angeles, CA | L.A. County | BC344000 |
| Trial | People | Hamm | Skelton, Steve | P | 11/14/2006 | Decatur, IL | DeWitt County, IL | |
| Deposition | Rubin | State of CA | Ray Barrera | P | 1/4/2007 | Los Angeles, CA | L.A. County | KC047177G |
| Deposition | Villarr | Claremont | Paul Fakehany | D | 1/10/2007 | Pasadena, CA | L.A. County | BC341616 |
| Deposition | Sandels | LAUSD | Mark Hendelson | D | 1/20/2007 | Los Angeles, CA | L.A. County | LC071608 |
| Deposition | Fletcher | Cemex | Greg Stone | D | 1/22/2007 | Los Angeles, CA | L.A. County | SC087292 |
| Deposition | Marquesitas | Animalhouse | Ourfalian, Sarkis | D | 2/22/2007 | Glendale, CA | L.A. County | EC041626 |
| Trial | Moran | Bear Trucking | Abletti, Eric | D | 3/19/2007 | Los Angeles, CA | L.A. County | |
| Trial | Gile | State of CA | Hidleson, Christopher | P | 4/4/2007 | San Bernardino, CA | San Bernardino, CA | |
| Trial | Moran | Bear Trucking | Abletti, Eric | D | 4/18/2007 | Simi Valley, CA | Ventura County | |
| Deposition | Ryvkin | Land Rover of Encino | Amundson, Greg | D | 5/2/2007 | Van Nuys, CA | Ventura County | |
| Deposition | Rice | Beeler | Naughton, Patrick | D | 6/26/2007 | Fullerton, CA | L.A. County | |
| Deposition | Ramos | Papa John's Pizza | McCracken, Timothy | P | 8/1/2007 | Orange, CA | Orange County | |
| Trial | Gideon | | Smith, Scott | D | 8/4/2007 | Los Angeles, CA | L.A. County | |
| Deposition | Tower | Vitro America | Attarian, Carol | D | 10/5/2007 | Santa Monica, CA | L.A. County | |
| Deposition | Pavlock | Clerk and Marshall | Schulte, Victor | D | 10/22/2007 | Los Angeles, CA | L.A. County | |
| Deposition | Guerrero | PMT Transportation | Amundson, Greg | D | 10/29/2007 | Glendale, CA | Berline, CA | |
| Deposition | Kiefor | Papa John's Pizza | Lauritsen, John | P | 10/31/2007 | Santa Ana, CA | San Diego, CA | |
| Trial | Kiefer | Beeler | Smith, Scott | D | 11/28/2007 | Bakersfield, CA | Bakersfield, CA | |
| Deposition | Alonso | King's County Truck Lines | Smith, Scott | D | 11/29/2007 | Santa Ana, CA | Orange County | |
| Trial | Arroyo | Turvey | Smith, Scott | D | 1/30/2008 | Santa Ana, CA | Orange County | |
| Trial | Scott | | Nystrom, Steven | P | 4/22/2008 | | Ventura County | |
| Trial | Aldana | County of Madera | Mason, Jerry | P | 4/25/2008 | Fresno, CA | Madera County, CA | |

**KEVA**
**ENGINEERING, LLC**
ACCIDENT RECONSTRUCTION

840 Calle Plano
Camarillo, CA 93012
Phone (805) 388-6016
Facsimile (805) 388-6046

# Fee Schedule (effective January 2008)

## ACCIDENT RECONSTRUCTION SERVICES:

| | |
|---|---|
| Michael S. Varat | $240.00 Per Hour |
| John F. Kerkhoff | $230.00 Per Hour |
| Stein E. Husher | $210.00 Per Hour |
| John C. Steiner | $165.00 Per Hour |
| Christopher D. Armstrong | $150.00 Per Hour |

## SUPPORT SERVICES:

| | |
|---|---|
| Animation / 3D Graphics | $125.00 Per Hour |
| CAD Designer | $95.00 Per Hour |
| Mechanical Fabrication | $80.00 Per Hour |
| Technical and Research Support | $80.00 Per Hour |
| Non-Technical Case Support | $38.00 Per Hour |

Hourly Rates include time spent in the research, analysis and testimony on a specific assignment. This time typically includes: conferences, inspections, analysis and reconstruction, testing, trial and deposition preparation. Rates also apply to any required deposition, arbitration and trial testimony. There are no minimum time charges for expert testimony.

Above hourly rates do not include expenses. Expenses typically include: mileage, photographic and video costs, courier expenses, copying expenses, exhibit preparation expenses, and rental of required specialized equipment. Outside expenses are billed at our cost.

A Retention Letter is required before any file is opened. Retaining KEVA Engineering does not automatically include the right to designate the engineers as expert witnesses. Expert Designations are not to be sent out until material has been reviewed and the individual engineer has agreed to be named.

**Automotive Safety Research and Consulting**          **Motorsports Technology Development**

**www.kevaeng.com**

**EXHIBIT E**

*Dagmar B. Jewkes Ph. D.*

*599 McDade Street*
*Tyrone, GA 30290*
*(770) 632 1626*
*dagmar @wer.com*

---

Scott Freeman
Fennemore Craig, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913

April 25, 2008

RE:   Moreno v. Firestone

Dear Mr. Freeman:

I reviewed the materials that were received from your office. Additionally, I inspected the subject 2000 Ford Excursion XLT on March 24, 2008, during which photographs, measurements and notes were taken with regard to the right front passenger. Furthermore, I conducted a surrogate study with use of an exemplar 2000 Ford Excursion XLT on April 23, 2008. The biomechanical issues concerning Mrs. Antonia de Santiago Castillo were evaluated based on the received materials, the subject vehicle inspection and the surrogate-exemplar study.

**Materials Received**

<u>General</u>
   – Driver's License Angel Juarez Moreno
   – State of Texas Certificate of Birth- Jessica de Santiago 5/21/1999
   – State of Arizona Certificate of Live Birth- JoseCarlos de Santiago, 10/31/2001 (twin).
   – State of Arizona Certificate of Live Birth-JoseAntonio de Santiago, 10/31/2001 (twin)
   – State of Texas- Certificate of Birth. Beatriz de Santiago -2/27/1999
   – Certificate of Naturalization, Beatriz Moreno 7/23/1993
   – Arizona Certificate of Title
   – United Mexican States Civil registry- Daniel Juares de Santiago 10/23/1986; Carlos Juarez de Santiago 9/2/1982
   – Federal Preventive Police Report; 6/16/2004

- 1 -

- United Mexican States- Marriage Certificate of Angel Juarez Moreno and Antonia de Santiago Castillo, dd. 7/4/1981
- Order of Admission- Metropolitana
- Temporary Vehicle Import Permit
- Appearance
- Information Report

Legal Documents
- Complaint
- Plaintiff's rule 26 Initial Disclosure Statement
- Declaration of the Probable Responsible Detainee
- Responses to Bridgestone Firestone North American Tire, LLC's requests for Production

Spanish Documents
- Funerales Miranda
- Estados Unidas Mexicanos Registro Civil Estado de Chihuahua
- Secretaria de Salud-Traslada de Cadaveres
- Orden de Admision. Metropolitana
- Administracion General de Aduanas permiso de Importacion Temporal de Vehiculos
- Estados Unidos Mexicanos Registro Civil – Daniel Juarez de Santiago – 10/23/1986; Carlos Juarez de Santiago 9/2/1982; Joaquin de Santiago Garcia 2/13/1938; Maria de la Luz Castillo Moreno
- Acta de Matrimonio- Angel Juarez Moreno and Antonia de Santiago Castillo 7/4/1981
- Reporte de Accidente 6/16/2004
- Administracion General Aduanas-Permiso de Importacion Temporal de Vehiculos; 5/28/2004
- Administracion General de Aduanas/Banjercito
- Servicio Medico Forense Certificado de Autopsia


Photographs
- Subject Vehicle Photographs of Mr. Michael Varat
- Scene Photographs by Mr. Michael Varat
- 119 Police Subject Vehicle Photographs; Bates # 1586-000027 to 1586-000145
- 15 Police Scene Photographs; Bates # 1586-000146 through 1586-000160
- 4 Autopsy Photographs; Bates # 1586-000161 through 1586-00164

2000 Ford Excursion
- Various other Vehicle Registration and maintenance Documents
- 'Four-Wheeling'- Owner's Guide Supplement

–   Owner's Guide Excursion 2000 Model Year
–   Scheduled Maintenance Guide
–   Passenger and Light Truck Tire Limited Warranty
–   Roadside Assistance

Medical Records
-   Affidavit of Translator-State of Texas
-   Transfer of cadaver (Translation from Spanish)
-   Secretariat of Health (Translation of Spanish)
-   Medical Certificate
-   Testimonial of Identification of Cadaver
-   Chemical-Toxicological Examination
-   Forensic Medicine Service –Autopsy Certificate

Depositions
-   Joaquin de Santiago-Castillo, dd. 3/13/2008
-   Beatriz de Santiago, dd. 3/13/2008
-   Angel Juarez Moreno, dd. 3/13/2008

**Additional Materials**

–   Photographs, Notes and Measurements from Dagmar Jewkes' Inspection
    of subject vehicle 2000 Ford Excursion, taken on 3/24/2008.
–   Photographs, Notes and Measurements from Dagmar Jewkes' Inspection
    of exemplar vehicle 2000 Ford Excursion, with a female surrogate
    measuring 5' 4 " in height and 175 # weight, conducted dd. 4/23/2008
–   Launch-speed, launch-angle, throw-distance and landing speed
    calculations for the right front passenger.

**Summary of Accident**

On June 16, 2004, Mr. Angel Juarez Moreno was driving a 2000 Ford Excursion
in the slow lane of North-Bound National Road 'Mexico-Ciudad Juarez' road,
near Chihuahua, Mexico. His wife Mrs. Antonia de Santiago Castillo was seated
in the right front passenger seat, their three children were in the 3rd row seat-
bench. Mr. Moreno's sister-in-law Beatriz Moreno de Santiago was positioned in
the second row bench-seat with her four children. The left rear tire of the Ford
Excursion experienced a tread-separation. Mr. Moreno's vehicle yawed
counterclockwise and moved across both lanes of travel, where it left the road
onto the median. The vehicle continued to yaw in the median, after which it
tripped into a roll until it came to rest on its wheels. Most of the occupants
received relatively minor injuries. However, Ms. Antonia de Santiago Castillo was
ejected from the vehicle and was found in the median immediately to the right of
the right front passenger door. Mrs. Castillo sustained fatal head and neck
injuries.

- 3 -

**Important Observations**

Scene Photos
The distance between two tire marks widened on the road-surface, narrowed while in the median then widened again while furrowing prior to tripping in the boulder covered area of the median. The vehicle came to rest on four wheels. Ms. Antonia de Santiago Castillo was positioned in the median immediately to the right of the right front passenger door, with her face, hair and neck covered in blood.

Autopsy Report
The translated version of the autopsy report revealed that Mrs. Castillo sustained a subdural hematoma over the right cerebrum and cerebellum. She also received an exposed fracture of the jaw, which divided the osseous structure, and entailed a severe basilar skull fracture from front to middle floor which separated the sphenoid wings and sella turcica. A neck fracture was found at the C1-C2 level with a luxation. She also sustained a bilateral sternal-clavicle connection fracture with hemothoraces.

Mr. Michael Varat's Accident Reconstruction
The vehicle had yawed approximately 110 degrees counterclockwise when it left the roadway into the median. The Excursion continued to yaw to almost a full rotation (360 degrees) before it tripped with its driver side leading. The vehicle rolled over a distance of 31 feet, reflecting a total of one full roll. The vehicle tripped at 21 to 23 mph, and the average roll-rate was approximately 200 degrees/second. The roll was lateral without any significant longitudinal component to the vehicle loading.

The vehicle first impacted the driver-side of the roof deforming the roof toward the passenger side, immediately after which the passenger side of the roof and window frame struck the ground. The second impact was more significant.

Subject Vehicle Inspection
**Exterior**
There were virtually vertical scratch marks on the vehicle exterior, indicating a lateral roll. No airbags were deployed, which is consistent with the lack of longitudinal force components to the vehicle.

The roof was folded downward above the front passenger seat with a maximum downward deformation of 8". The right front passenger seat was approximately 1" forward of the full rear seating position with a seat-back angle of approximately 20 degrees.

There was no evidence of exterior vehicle impact with the right front passenger in terms of hair, scuffs or dents.

*Interior*
No blood was found inside of the vehicle.

No scuffs or deformation was located on the right front passenger seat or instrument panel.

The interior of the right front passenger door showed no obvious deformation. However, the right front window-sill demonstrated scuffs and scratches.

The roof to right front passenger seat-bottom vertical space had been reduced by 8 inches due to roof deformation. Contact marks were found on the right sun-visor and surrounding the right roof-handle.

The right front passenger seat-belt had an adjustable D-ring that was found in the lowest position. The belt was found in the stowed position and was functional. The retractor locked with the automatic locking retractor and the emergency locking retractor which was vehicle and webbing sensitive. The webbing was slightly waved where the latch-plate was located on the webbing in stowed position. The D-ring showed wear-marks though no burn-marks and had a print of stationary webbing weaving on the D-ring. The latch-plate cover showed no signs of usage in the accident.

<u>Exemplar Vehicle and Surrogate Inspection</u>
Measurements were taken of the exemplar right front passenger interior and compared to those found in the subject vehicle. The measurements indicated that the roof down ward deformation was approximately 8 inches.

The surrogate study revealed that the roof damage would not have been sufficient to cause a compression of Mrs. Castillo's body. Furthermore, the surrogate demonstrated that 8 to 11.5" additional belt-webbing would have been needed to introduce any possibility of partial ejection when seat-belted.

<u>Deposition of Mr. Angel Juarez Moreno</u>
Mr. Moreno stated that his wife was not wearing her seat-belt and was ejected from the vehicle.


**Biomechanical Evaluation**

Mrs. Castillo pressed against the right front passenger door during the counterclockwise yaw motion prior to the roll. Mrs. Castillo's pressure on the door increased as the vehicle tripped into a driver-side leading roll. The first impact with the driver-side roof was sufficient to break the right front passenger window. The following impact with the passenger side roof and window-frame at 5/8 roll caused Mrs. Castillo to move up and over the right window-sill and to be ejected

- 5 -

from the right front passenger windows, as she was not wearing her seat-belt. She sustained her fatal head and neck injuries from the impact with the ground post-ejection.

Mrs. Castillo would not have received any serious injuries had she worn her seat-belt and remained inside the vehicle. The roof-crush above the right front passenger seat was induced from a passenger-side loading, such that any head contact that Mrs. Castillo might have had with the roof would have involved the roof structure only, not the road. Such a head-roof impact causes significantly lower forces and therefore low head injury risk.

Mrs. Castillo's upper body orientation with respect to the right window-header impact would not have been consistent with spinal injury causation.

Finally, partial ejection of Mrs. Castillo would have been unlikely, as the surrogate study showed that approximately 9 to 11 inches of additional belt webbing was required to enable partial ejection. The downward roof deformation may have aided a seat-belt in preventing Mrs. Castillo to be partially ejected from the right front passenger window.

### Conclusion
Mrs. Castillo sustained her fatal injuries from head impact with the ground post-ejection. She was ejected as a result of not wearing her seat-belt. It is more likely than not that her injuries would have been minor had she worn her seat-belt.

The conclusions expressed in this report are based on the information provided. If additional documentation should become available, I would like to have the opportunity to amend my opinions and conclusions.

Dagmar Jewkes, Ph.D.

# Dagmar Buzeman Jewkes, Ph.D.

**Office Address:**
599 McDade Street
Tyrone, GA 30290
Phone: (770) 632 1626
*Email: dagmar@wer.com*

## EDUCATION

**Fall 1995-1998**

**PhD in Injury Prevention/ Crash Safety**: October  1998
**Chalmers University of Technology**, Department of Injury Prevention, Gothenburg, Sweden
**Thesis Title**: Car Compatibility in Frontal Crashes: New Methods to Determine the Influence of Mass, Structure, Stiffness, and Geometry, and their Interactions on Injuries.

**Fall 1990-1995**

**Masters of Science in Biomechanical Engineering**, July 1995
**University of Technology Eindhoven**, the Netherlands
Including courses and internships in chemistry, physics, anatomy, physiology, biochemistry, fluid dynamics, constitutive properties of (biological) materials.

## WORK EXPERIENCE

**October 1998-Present**

- Accident Reconstruction  and Biomechanical Engineering, including:
  Vehicle and scene inspections, crash test analysis, full scale crash testing, vehicle interior and component measurements and testing, mathematical calculations and (MADYMO) simulations of vehicle and occupant dynamics and kinematics, relationships between personal injuries and accident loading conditions, research, deposition and trial testimony

**November 1995-October 1998**

**Chalmers University of Technology**, Department of Injury Prevention/Crash Safety, Sweden
- Ph.D. Student, conducting research on 'Car Compatibility in Frontal Crashes', using statistics, crash testing and mathematical modeling to determine compatibility effects on occupant-injuries. Included:
  - Rigorous oral defense of thesis-work versus a panel of experts
  - Collaboration with various car-manufacturers
  - Oral presentations for several car-manufacturers and research institutions
  - Teaching lectures in Biomechanics, Traffic Safety and Multi-Body Dynamics
  - Providing MADYMO technical support for biomechanical research projects at Chalmers
  - Oral and written applications for project funding from the Swedish National Road Administration
- Expert advisor to the European Enhanced Vehicle-Safety Committee (EEVC), Compatibility Work Group.
- Courses in Advanced Calculus, Medicine, Advanced Statistics, Biomechanics, Epidemiology Statistics and Accidental Injury

**Summer 1996**

**Collision Safety Engineering** , Orem, UT
- Assisted in accident investigations, including scene and vehicle inspections
- Conducted a research project on (low-speed) rear-impacts, using MADYMO

**Summer 1995**

**TNO Crash-Safety Research Center/ TNO-MADYMO NA**, Detroit MI
- Expert/Technical Support Engineer of the commercial occupant safety software MADYMO at the new TNO-MADYMO North America office in Detroit, MI, USA

**Summer 1994**

**TNO Crash-Safety Research Center**, Delft, the Netherlands
- Developed a Mathematical Model of the New TNO 18-months old Child Dummy in MADYMO

**Fall 1993**

**Japan Automobile Research Institute**, Tsukuba City, Japan
- Internship: A Biomechanical Study on Knee-Injury Mechanisms During Lateral Impact, using MADYMO

**University of Technology Eindhoven, Netherlands** Department of Mechanical Engineering

**Fall 1994- 1995**

- Graduation research project: Developed a Finite Element Model of Porous Polymer Membranes.
- Internship: Studied brittle polymers to describe their mechanical behavior with a visco-elastic fluid model.

**Spring 93**

- Processing and Automation Laboratory. Performed an Experimental Parameter-Study of the Effect of Lubrication on Extrusion Processes.

**Summer 91, 92**

## TEACHING EXPERIENCE

| | |
|---|---|
| March 2003 | Presentation at SAE International Congress. Sessions: Occupant Injury |
| March 2001 | Presentations at SAE International Congress. Sessions: Occupant Injury, Compatibility |
| April 2000 | **Chalmers University of Technology, Department of Machine and Vehicle Design, Gothenburg Sweden.** Invited guest lecturer in Advanced Traffic Safety |
| Fall 99-Spring 2002 | **Brigham Young University,** Department of Mechanical Engineering, Provo, UT<br>Senior Capstone Coach: supervisor of senior Mechanical Engineering students during an 8-months industrial design and development project.<br>Project 1 (1999-2000): Sealing of a Slit-Cannula for use of catheter introducing.<br>Project 2 (2000-2001): Design and development of an electrical circuit breaker, using a bi-stable compliant mechanism<br>Project 3 (2001-2002): Design and development of a constant-force compression spring using compliant mechanism technology |
| December 1999 | SAE TOPTEC Accident Reconstruction. Invited speaker |
| March 1999 | Presentations at SAE International Congress. Sessions: Occupant Injury, Compatibility |
| 1995-1998 | **Chalmers University of Technology,** Department of Injury Prevention, Gothenburg Sweden<br>Guest lectures in Biomechanics, Traffic Safety and Multi-body Dynamics |

**University of Technology Eindhoven,** the Netherlands

| | |
|---|---|
| Spring 1995 | • Teaching assistant Electronic Circuits |
| Spring 93, 94 | • ,, Control Engineering I |
| Fall 1992 | • ,, Control Engineering II |
| Fall 1992 | • ,, Mechanical Sketching |

## COMPUTER EXPERIENCE

*Operating Systems:* DOS, UNIX
*Data Acquisition Programs:* TrackEye, Diadem, Igor Pro
*Mathematical Programs:* MATLAB

*CAD Programs:* Microstation 95

*Finite Element Software:* MADYMO
*Biomechanical Modeling:* MADYMO, Dynaman

*Accident Reconstruction Software:* PC-Crash, Crash3, Edsmac

## ACTIVITIES

Family, church, biking, running, swimming, tennis, skiing, singing, flying

*References Available Upon Request*

**RESEARCH PUBLICATIONS**

- Jewkes, D. B. (2003) Vehicle Acceleration and Compartment intrusion for Far-Sided Occupants v. Near-Sided Occupants in Frontal Offset Collisions. *SAE Paper No. 2003-01-0159. Presented at the SAE International Congress, March 2003, Detroit, MI.*
- Buzeman-Jewkes, D., Thomson, R.W., and Viano, D.C., "Crash Compatibility." Chapter 28 in Crashworthiness: Energy Management and Occupant Protection, edited by Jorge Ambrosio, *CISM Courses and Lectures No. 423, International Centre for Mechanical Sciences,* Springer Verlag, New York, ISBN 3-211-83334-X, pp 447-463, 2001.
- Asay, A. F.; Jewkes, D. B.; Woolley, R. L. (2002) Narrow Object Impact Analysis and Comparison with Flat Barrier Impacts. *SAE Paper No. 2002-2B-0069. Presented at SAE International Congress, March 2002. Detroit, MI*
- Jewkes, D. B. (2001) Reconstruction of Accident Severity in a Multiple Vehicle Collision. *SAE Paper No. 2001-01-1283. Presented at SAE International Congress, March 5-8, 2001. Detroit, MI.*
- Woolley, R. L.; Asay, A. F.; Jewkes, D. B.; Monson, C. (2000) Crash Testing With A Massive Moving Barrier As An Accident Reconstruction Tool. *SAE Paper No. 00B-159. Presented at SAE International Congress, March 6-8 2000, Detroit, MI.*
- Jewkes, D. B. (1998) Car Compatibility in Frontal Crashes:  New Methods to Determine the Influence of Mass, Structure, Stiffness and Geometry, and their Interactions. *Thesis for the Degree of Doctor of Philosophy.* Chalmers University of Technology, Gothenburg, Sweden.
- Jewkes, D. B.; Viano, D. C.; Lövsund, P. (1999) Safety of a Downsized Vehicle Fleet: Effects of Mass Distribution, Impact Speed and Inherent Protection in Car-to_Car Crashes. *SAE Paper No. 1999-01-0074 in Proc. SP-1442. Presented at SAE Int. Congress, March 1-4 1999. Detroit, MI.*
- Buzeman-Jewkes, D. G.; Viano, D. C.; Lövsund, P. (1999) A Multi-body Integrated Vehicle-Occupant Model for Compatibility Studies in Frontal Crashes. *Journal of Crash Prevention and Injury Control Vol. 1:2*
- Buzeman-Jewkes, D. G.; Viano, D. C.; Lövsund, P. (1999) Use of Repeated Crash-Tests to Determine Local Longitudinal and Shear Stiffness of the Vehicle Front with Crush. *SAE Paper No. 1999-01-0637 in Proc. SP-1432. Presented at SAE Int. Congress, March 1-4 1999. Detroit, MI.*
- Buzeman-Jewkes, D. G.; Viano, D. C.; Lövsund, P. (1999) Occupant Risk, Partner Risk and Fatality Rate in Frontal Crashes: Estimated Effects of Changing Vehicle Fleet Mass in 15 Years. *Journal of Crash Prevention and Injury Control Vol. 2:1*
- Buzeman, D. G.; Viano, D. C.; Lövsund, P. (1998) Car Occupant Safety in Frontal Crashes: A Parameter-study of Vehicle Mass, Impact Speed and Inherent Vehicle Protection. *Accident Analysis and Prevention Vol. 30:6*
- Buzeman, D. G.; Viano, D. C.; Lövsund, P. (1998) Injury Frequency and Risk in Frontal Crashes: The Effect of Sorting Techniques on Priorities for Offset Testing. *Accident Analysis and Prevention Vol. 30:3*
- Buzeman-Jewkes, D. G. (1998) Local Longitudinal and Shear Stiffness of the Vehicle Front, and Vehicle Responses in Repeated and High-Speed Crash-Tests. *Internal Report 1998-08-17.* Chalmers University of Technology, Gothenburg, Sweden.
- Buzeman, D. G. (1997) Car-to-Car and Single Car Crash Compatibility: The Individual Effects of Mass, Structure, Stiffness and Geometry. *Thesis for the Degree of Engineering of Licentiate.* Chalmers University of Technology, Gothenburg, Sweden.

## DEPOSITION & TRIAL EXPERIENCE

| Case Name | Date | Testimony | Court | City | Party |
|---|---|---|---|---|---|
| Dickman v. Campbell | 03/10/99 | Deposition | Utah State | Salt Lake City, UT | Plaintiff |
| Smith v. Burgener | 06/29/99 | Trial | Utah State | Provo, UT | Plaintiff |
| McKenzie v. Turner Landscape | 01/06/00 | Deposition | Arizona State | Phoenix, AZ | Plaintiff |
| McKenzie v. Turner Landscape | 01/12/00 | Trial | Arizona State | Phoenix, AZ | Plaintiff |
| Johnson v. Moomey | 08/07/01 | Deposition | Wyoming State | Cheyenne, WY | Plaintiff |
| Herbas v. USA Postal Service | 11/05/01 | Deposition | Utah Federal | Salt Lake City, UT | Defense |
| Kostopoulos v. Pierce | 04/16/03 | Deposition | Illinois State | Chicago, IL | Defense |
| Archer v. National Freight, Inc. | 08/22/03 | Deposition | California State | Auburn, CA | Defense |
| Archer v. National Freight, Inc. | 10/03/03 | Deposition | California State | Auburn, CA | Defense |
| Owens v. Dick Simon | 9/17/04 | Deposition | Utah State | Salt Lake City | Plaintiff |
| Pierce v. Market et al. | 4/26/05 | Deposition | Illinois State | Chicago, IL | Defense |
| Kadre v. Bridgestone/Firestone | 1/19/06 | Deposition | California State | Los Angeles, CA | Defense |
| Fullerton v. Bridgestone/Firestone | 2/15/07 | Deposition | South Carolina State | Charleston, SC | Defense |
| Walton v. Bridgestone/Firestone | 11/14/07 | Deposition | Arizona State | Phoenix, AZ | Defense |
| Cleminson v. Bridgestone/Firestone | 03/20/08 | Deposition | South Carolina Federal | Beaufort, SC | Defense |

## FEE SCHEDULE 2007

| | |
|---|---|
| Case Work | $250/hr |
| Trial/Deposition Testimony | $250/hr |

## *CURRICULUM VITAE OF*
## *JOSEPH L. GRANT*

**PRESENT**
**EMPLOYMENT:**        Independent Tire Analyst

**HOME ADDRESS:**      4201 Moss Creek Court
Matthews, North Carolina 28105
Phone 704 617 0336

**EDUCATION:**         Bachelor of Science in Mechanical Engineering – June, 1971
Fenn College of Engineering, Cleveland State University

**COURSES &**
**SEMINARS:**
- Tire Society Symposium
- Akron Rubber Group
- Clemson University Tire Industry Conference (October, 1985 and 1986)
- Monsanto Rubber Technology Seminar (May, 1989)
- SAE Motor Vehicle Accident Reconstruction and Cause Analysis (March, 1993)
- International Tire Exposition and Conference
- Northwestern University Traffic Institute Accident Investigation (March, 1997)
- STL Trans Tech Tire Technology Seminar – 1999

**PROFESSIONAL**
**ORGANIZATIONS:**
- Society of Automotive Engineers
- Akron Rubber Group
- Rubber Manufacturers' Association
    Chairman - Truck Bus Tire
    Engineering Committee (1986-1992)
- Tire & Rim Association
- The Maintenance Council of the American Trucking Association
- American Society of Mechanical Engineers
- Tire Industry Association
- American Chemical Society

**PUBLICATIONS:**      *"What makes a High Performance Tire Different than a Regular Tire"*
Jan. 1986 - Akron Rubber Group
Oct. 1986 - Clemson University Tire Industry Conference
April 1987 - American Retreading Association

*"Rim Line Grooves as an Indicator of Underinflated or Overloaded Tire Operation in Radial Tires"*
September 2004 - ITEC

**PATENTS:**           Method of Forming Belted Radial Tires from a Cylindrical Tire Band (1977)

**EMPLOYMENT:**        · June 1971 – Dec. 1994        The General Tire & Rubber Company

### *CURRICULUM VITAE OF*
### *JOSEPH L. GRANT*

|  |  |
|---|---|
| · Jan., 1995 – April 2000 | Continental General Tire, Inc. |
| · May 2000 – Dec. 2005 | Continental Tire, North America, Inc. |
| · Jan. 2006 – Present | Independent Tire Analyst |

## POSITIONS:

• June, 1971    Engineering Trainee, Tire Technology Department, Akron Tire Manufacturing Plant (Akron, Ohio).

• October, 1972    Project Engineer, Advanced Tire Development.
Responsible for the Development of Advanced Concept Tire Products, including Fiberglass Belted Radial Passenger Tires and Advanced Bias Truck Tires (Akron, Ohio).

• October, 1978    Manager, Bias Passenger Car Tire Engineering Technology.
Responsible for the Engineering Development Group for Bias Passenger Tires (Akron, Ohio)

• April, 1980    Manager, Replacement and Private Brand Passenger Car Tire Engineering Technology.
Responsible for the Engineering Development Group for Bias and Radial Passenger Tires (Akron, Ohio).

• March, 1987    Section Manager, Radial Truck Tire Engineering.
Responsible for the Engineering (Construction and Mold Design) Development Group for Radial Truck Tires (Akron, Ohio).

• September, 1988    Director, Commercial Tire Technology.
Responsible for the Engineering (Construction and Mold Design) and Compound Development Groups for Commercial Products, including Bias and Radial Medium and Heavy Service Truck Tires and Giant, Farm and Industrial Tires (Akron, Ohio, September 1988 - March 1992) (Mt. Vernon, Illinois, April 1992 - December 1992).

• January, 1993    Director, Product Analysis.
Responsible as company-wide consultant to assist other Departments on the subject of Tire Failure Analysis, Tire Performance Standards, and Safety Literature (Akron, Ohio, January 1993 - October, 1995) (Charlotte, North Carolina, November 1995 – January 2006).

• January, 2006    Independent Tire Analyst

## JOSEPH L. GRANT
## DEPOSITION AND TRIAL LIST

| NAME | TRIAL | DEPO | LOCATION |
|---|---|---|---|
| Akin | N/A | 04 | New York, New York |
| Aldrich | N/A | 04 | Charlotte, NC |
| Barcenas | N/A | 04 | Chicago, Illinois |
| Barrios | N/A | 03 | Oakland, CAL. |
| Becerra, Jesus | N/A | 03 | Akron, OH |
| Bivins | N/A | 05 | Dallas, Texas |
| Bloomer, Debra | N/A | 07 | Akron, Ohio |
| Boles | 07 (2) | 06 | Greenville, SC Columbia, SC |
| Boren | N/A | 04 | Charlotte, NC |
| Bradley | N/A | 07 | Charlotte, NC |
| Brzobohaty | N/A | 03 | Akron, Ohio |
| Chauvin | N/A | 03 | Akron, Ohio |
| Church, Maria | N/A | 03 | Charlotte, NC |
| Clayton | N/A | 03 | Akron, Ohio |
| Coffin, Geoffrey | N/A | 03 | Akron, Ohio |
| Contreras | N/A | 06 | Akron, Ohio |
| Cooper | N/A | 05 | Los Angeles, CA |
| Carlos | N/A | 06 | Charlotte, NC |
| Cunningham | N/A | 05 | Greenville, SC |
| Crane | N/A | 04 | San Francisco, CAL. |
| Cruz, Catalina | N/A | 06 | Charlotte, NC |
| De LaVina | N/A | 04 | Charlotte, NC |
| DeZerpa | N/A | 04 | Charlotte, NC |
| Diaz | N/A | 06 | Dallas, TX |
| Elbayoumy | 06 | 06 | Kansas City, MO Charlotte, NC |
| Esperquerta | N/A | 05 & 06 | Los Angeles, CAL |
| Easterling | N/A | 07 | Akron, Ohio |
| Fullerton | N/A | 06 | Akron, OH |
| Garcia, Cindy | N/A | 03 | Akron, OH |
| Groessl, Laura | N/A | 04 | Charlotte, NC |
| Hale, Eula | N/A | 04 | Charlotte, NC |
| Harris, Charles | N/A | 06 | Akron, OH |
| Harth | N/A | 05 | Charlotte, NC |
| Hartman | N/A | 06 | Greenville, SC |
| Hernandez | 06 | 04 05 | Marfa, Texas Charlotte, NC Houston, Texas |
| Hill | N/A | 06 | Los Angeles, CAL. |
| Hutton | N/A | 03 | Akron, OH |
| Janssen | N/A | 06 | Charlotte, NC |
| Jones, Bowling | N/A | 03 | Charlotte, NC |
| Kadre | N/A | 06 | Los Angeles, CAL |
| Kotansky | N/A | 03 | Los Angeles, CAL. |
| Lawrence | N/A | 05 | Akron, OH |
| Lopez, V. | N/A | 07 | Houston, TX |
| Lucero | N/A | 05 | Charlotte, NC Los Angeles, CAL. |

| NAME | TRIAL | DEPO | LOCATION |
|---|---|---|---|
| Lugo | N/A | 05 | Austin, TX |
| McCaskill | N/A | 03 | Charlotte, NC |
| | 05 | N/A | Greenwood, Mississippi |
| McCool, Rachel | N/A | 03 | Charlotte, NC |
| McFadden | N/A | 06 | West Palm Beach, FL |
| Means | N/A | 05 | Akron, Ohio |
| Moore, Bertha | N/A | 04 | Akron, Ohio |
| Moya (Bellorin) | N/A | 03 | Houston, TX |
| O'Brien, Rita | N/A | 03 | Charlotte, NC |
| Pantuso / Jones | N/A | 04 | Charlotte, NC |
| Patterson/Gonzales | N/A | 03 | Charlotte, NC |
| Pesina | N/A | 06 | Austin, TX |
| Piard | N/A | 07 | Philadelphia, PA |
| Pitts | N/A | 06 | Oakland, CAL. |
| Ramirez v. Enterprise | N/A | 04 | Houston, TX |
| Rocco | N/A | 06 | Los Angeles, CAL. |
| Rodriguez, Jesus V. | N/A | 03 | Akron, Ohio |
| Rodriguez, Martha | N/A | 04 | Akron, OH |
| Rodriguez, Robertina | N/A | 04 | Akron, OH |
| Rosenthal | N/A | 05 | Akron, Ohio |
| Ruiz (Bellorin) | N/A | 03 | Houston, TX |
| Ruiz | N/A | 06 | Akron, OH |
| Reyes | N/A | 07 | Charlotte, NC |
| Ryvkin | 06 | 06 | Akron, OH |
| Sanchez | N/A | 04 | Charlotte, NC |
| Satterwhite | N/A | 06 | Orlando, FL |
| Schifo | N/A | 04 | Charlotte, NC |
| Smith, Eric | N/A | 05 | Charlotte, NC |
| T.A.Taylor | N/A | 03(2) | Charlotte, NC |
| Taylor, Robert | 04 | | Miami, FL |
| | | 04 | Charlotte, NC |
| Thompson, Paul | N/A | 07 | Akron, OH |
| Townsel | N/A | 06 | Akron, OH |
| Tungate | N/A | 03 | Akron, OH |
| Tyler, Edna | N/A | 03 | Charlotte, NC |
| Underwood | N/A | 06 | Akron, OH |
| Valera | N/A | 04 | Coral Gables, FL |
| Vaquero | N/A | 06 | Los Angeles, CAL. |
| Vaughan | 05 | | Ocala, Florida |
| | | 04 | Charlotte, NC |
| Vasquez | N/A | 04 | Los Angeles, CAL. |
| Venegas (Bellorin) | N/A | 03 | Houston Texas |
| Vigil | N/A | 06 | Austin, TX |
| Wakehouse | N/A | 07 | Charlotte, NC |
| Walsh | N/A | 04&05 | Charlotte, NC |
| Ward-Lowery | N/A | 06 | Akron, Ohio |
| Werner | N/A | 07 | Akron, Ohio |
| Wiest | N/A | 05 | Akron, OH |
| Wiles | N/A | 05 | Austin, TX |
| Williams, Ema | 04 | 04 | Pittsburgh, PA |

## JOSEPH L. GRANT GENERAL REFERENCE LIST of MATERIALS

OVER MY CAREER, AS PART OF MY TRAINING AND EXPERIENCE, I HAVE REVIEWED AN EXTENSIVE NUMBER OF PUBLICATIONS, TEST RESULTS, ARTICLES AND VARIOUS OTHER LITERATURES RELATED TO TIRE PERFORMANCE ISSUES.  THE LIST BELOW IDENTIFIES A SAMPLE OF THE MATERIALS THAT I HAVE BEEN EXPOSED TO AND REVIEWED.   THE ACTUAL EXTENSIVE LIBRARY OF MATERIALS THAT I HAVE BEEN EXPOSED TO AND REVIEWED IS FAR GREATER THAN THIS LIST

1. The Tire and Rim Association Yearbooks
2. Bennitt Garfield, Who Makes it? And Where? Directory (Annual)
3. Bennitt Garfield, OE Tire Size Guide (Annual)
4. Bennitt Garfield, Tire Guide (Annual)
5. Bennitt Garfield, Tread Design Guide (Annual)
6. The Tire Technology Conference, October 28–29, 1986, Clemson University – What Makes a High Performance Tire Different Than a Regular Tire?
7. RMA Poster – Inspection Standards for Radial Passenger Tire Casings
8. The Maintenance Council (TMC) – Recommended Maintenance Practices Manual
9. Radial Tire Conditions Analysis Guide, A Comprehensive Review of Tread Wear and Tire Conditions
10. ASTM Designation: E 860 – 82 (Reapproved 1991) – Standard Practice for Examining and Testing Items That Are Or May Become Involved In Products Liability Litigation
11. Tire Examination Following Accidents, Topic 825 of the *Traffic–Accident Investigation Manual*
12. ARA Module 1: Basic Tire Construction
13. Pamphlet re: A Look Inside re: size designations, types of tires, common ingredients, and advantages & disadvantages
14. ITEC 1994, Paper #14A/B – Tire Dynamic Properties in the 90's: Making Vehicles Perform
15. SAE Technical Paper Series, 820814 – The Distribution of the Inflation Forces on the Structural Members of a Radial Tire
16. Engineering with Rubber, How to Design Rubber Components
17. Rubber Technology
18. SAE SP–729, Heavy Duty Truck Tire Engineering, Thomas L. Ford and Fred S. Charles, 1988
19. SAE Paper "The Magic of the Drag Tire" 942484;
20. Mechanics of Pneumatic Tires, US Department of Transportation, National Highway Traffic Safety Administration, Samuel K. Clark
21. The Vanderbilt Rubber Handbook, Thirteenth Edition, R.T. Vanderbilt Co. 1990
22. Materials Science in Engineering

23. Vulcanization and Vulcanizing Agents
24. The Essential Rubber Handbook, David Cooper
25. "Fractography and Failure Mechanisms of Polymers and Composites" by J. W. Daws of Exponent Failure Analysis Associates – Rubber & Plastics News, January 12, 2004
26. "Fractography Aids Study of Tire Tread Separations" by J. W. Daws
27. Engineering with Rubber, How to Design Rubber Components
28. Fundamentals of Vehicle Dynamics, SAE, Thomas D. Gillespie, 1992
29. Motor Truck Engineering Handbook
30. Tires, Suspension and Handling, Second Edition, John Dixon, 1996
31. Understanding How Components Fail, Donald J. Wulpi, 1987
32. Scanning Electron Microscopy and X–Ray Microanalysis, Third Edition, 2003
33. The Racing & High Performance Tire, SAE, Paul Haney, 2003
34. RMA Tire Information Service Bulletin, August 1986, Vol. 10 / No. 3 – RMA Snow Tire Definition for Passenger and Light Truck (LT) Tires
35. RMA Tire Information Service Bulletin, September 1999, Vol. 38 / No. 1 – Replacement Tires for Light Truck–Type Vehicles
36. "Tire Inflation Pressure and Temperature" – independent research
37. NHTSA, DOT §575.104 – Uniform Tire Quality Grading Standards
38. NHTSA, DOT §571.109 – Standard No. 109; New pneumatic tires
39. NHTSA, DOT §571.110 – Standard No. 110; Tire selection and rims
40. NHTSA, DOT §571.119 – Standard No. 119; New pneumatic tire for vehicles other than passenger cars
41. NHTSA, DOT §571.120 – Standard No. 120; Tire selection and rims other than passenger car tires
42. 49 CFR Ch. V, Part 570 – Vehicle in Use Inspection Standards
43. NHTSA, DOT §569 – Part 569 – Regrooved Tires
44. SAE J1561, Feb. 2001 – Surface Vehicle Recommended Practice, (R) Laboratory Speed Test Procedure for Passenger Car Tires
45. Regulation No. 30 – Uniform Provisions Concerning the Approval of Pneumatic Tyres [sic] for Motor Vehicles and Their Trailers
46. RMA Tire Care and Safety Guide (6/01)
47. RMA Motorist's Tire Care and Safety Guide (1/94)
48. Car & Travel, March 2000 – Add 10,000 Miles to Your Tires
49. Michelin Web Site – Lesson 5: Tire Safety Guidelines
50. Michelin – Passenger & Light Truck Tire Owner's Manual & Limited Warranty
51. Car Care Council, Spring/Summer 1999 – Is Your Vehicle Ready for Vacation?
52. Dr. Traffic, September 24, 2000 – Treat your tires like good friends
53. AAA Go Magazine, March/April 2000 – Never Tire of Learning About Tires
54. Owner Operator, Nov/Dec 1989 – For Safety's Sake, Protecting yourself from a blowout
55. Tire Industry Safety Council – New Consumer Tire Guide (9/82)

56. Tire Industry Safety Council – Consumer Tire Guide (4/77, 2/78)
57. RMA – Care and Service of Automobile and Light Truck Tires (8/87)
58. Tire Industry Safety Council – Recreational Vehicle Consumer Tire Guide, 1985
59. RMA Care and Service of Automobile Tires With Special Recreational Vehicle Tire Section (1/77)
60. Tire Industry Safety Council – Consumer Tire Guide, 1973
61. Tire Industry Safety Council – Recreational Vehicle Consumer Tire Guide, 1973
62. Shell – Smart Car Care, Tips for keeping your vehicle safe and on the road.
63. BFS – Inflate. Rotate. Evaluate.  How to maintain your tires (10/00)
64. General Motors – Tire Safety.  What GM does; what you can do
65. General Motors – Tire Performance Criteria
66. RMA – Care and Service of Automobile and Light Truck Tires (9/95)
67. RMA – Tire Information Service Bulletin, September 1999, Vol. 3, No. 2 – Tire Explosions
68. RMA Poster – Demounting and Mounting Procedures for Automobile and Light Truck (LT) Tires That Are Used on Single Piece Rims (7/95)
69. RMA Tire Publications Catalog
70. RMA Tire Publications Order Form
71. Ford Explorer Owner Guide (1993)
72. Texas Drivers Handbook (March 2000)
73. The New York Times, December 14, 2001 – America's Tires: Worn Down, Overlooked and Underinflated
74. CNN.com Web Site, August 29, 2001 – Study: Underinflated tires a widespread hazard
75. DOT Web Site – NHTSA 46–01 – Many U.S. Passenger Vehicles Are Driven on Under-inflated Tires, NHTSA Research Survey Shows
76. USDOT, August 2001, DOT HS 809 317 – Research Note, Tire Pressure Special Study Vehicle Observation Data
77. USDOT – Tire Pressure Special Study, Data Documentation
78. USDOT, August 2001, DOT HS 809 316 – Research Note, Tire Pressure Special Study: Methodology
79. USDOT, August 2001, DOT HS 809 316 – Research Note, Tire Pressure Special Study: Interview Data
80. USDOT, August 3, 2001, Memorandum – Subject: Preliminary Analysis of Findings, 2001 NASS Tire Pressure Special Study
81. NCSA, May 4, 2001 – Preliminary Analysis of Findings – 2001 NASS Tire Pressure Study
82. RMA Web Site – Tire Safety / Tire maintenance & Safety / Tire and Auto Safety Facts
83. Tire Business, April 29, 2002 – RMA kicks off 'tire safety week'
84. National Tire Safety Week, April 29–May 3, 2002

85. Consumer Tire Maintenance and Safety Awareness Research in the Southwest – A Report to: RMA, June 2001
86. Frederick polls – Poll Summary U.S. Overview
87. RMA "Be Tire Smart, Play Your Part"
88. Frederick polls – Poll Results Among Adult Drivers Nation wide
89. Compression Grooving as an Indicator of Over–Deflected Operating Conditions in Tires, Standards Testing Labratories, Inc., Schnuth, Fuller, Follen, Gold, June 1997
90. Compression Grooving and Rim Flange Abrasion as Indicators of Over–Deflected Operating Conditions in Tires, Standards Testing Laboratories, Inc., Schnuth, Fuller, Follen, Gold, Smith, October 1997
91. Effects of Over–Deflection on the Tire/Rim Interface, Standards Testing Laboratories, Inc., Schnuth, Smith, Bolden, Flood, September1998
92. Tire Safety Survey, March 22, 1999
93. TMC – Tire Repair Failure Analysis
94. Videos – Tech: RT–3, C – Tube Repair, H – 2 Piece Repair, B – 250 & 251 Uni–Seal Repair, I – Radial Seal Repair; Tech Tire Repair Video, POWS 8274, and Tech International/Sears 2000, Uni–Seal Ultra Repairs RT–7
95. Tire Business, October 28, 1996 – Pull the plugs, lawyer urges
96. Tire Business, November 11, 1996 – If outside–in plug repairs unsafe, then why are they still on market?
97. RMA Poster – Puncture Repair Procedures for Automobile Tires
98. RMA Poster – Puncture Repair Procedures for Automobile and Light Truck Tires
99. RMA Poster – Truck Tire Puncture Repair Procedures, 1995
100. RMA Retreading & Repairing Shop Bulletins Index
101. Technically Speaking, November 1, 1995, Vol 17 /Issue 1 – Upper Sidewall Over Buff
102. Tech Tire Repairs – Two–Piece Radial Repair Method Instructions
103. Tire Technology International 2001, The Annual Review of Tire Materials and Tire Manufacturing Technology
104. Road Hazard Impact Test for Wheel and Tire Assemblies (Passenger Car, Light Truck, and Multipurpose Vehicles), SAE J1981, June 1994
105. SAE 940534 – Development of the SAE J1981 Road Hazard Impact Test for Wheel and Tire Assemblies
106. RMA Tire Information Service Bulletin, July 1985, Vol. 23/No. 1 – Tire Storage Recommendations
107. ITRA Journal, October 2001, Vol. 45, Issue 10 – How Much is Too Much Cracking?
108. RMA Comments, September 6, 2001 – Notice of Proposed Rulemaking FMVSS: Tire Pressure Monitoring Systems; Controls and Displays
109. USDOT, OSHA 3086 – Servicing Single–Piece and Multi–Piece Rim Wheels
110. RMA Poster – Demounting and Mounting Procedures for Automobile and Light Truck (LT) Tires That Are Used on Single–Piece Rims

111.  RMA Poster – Replacement Guide for Passenger Car Tires
112.  RMA Replacement Guide for Passenger Car Tires (2 copies – 7/95 and 12/92)
113.  RMA Statement re: Nylon Cap Plies
114.  Michelin – A Guide to Speed Ratings
115.  Goodyear Web Site – Announcements: Talking Points/Messages Proactive Tire Replacement for some LR–E tires Specific to 15 Passenger Vans
116.  Goodyear Web Site – Goodyear Responds to Set Record Straight On Misleading Reports
117.  Goodyear Web Site – Load Range E Tire Background Information
118.  Goodyear Web Site – Dear Goodyear Customer (November, 2000)
119.  Goodyear Pamphlet "*The Complete Tire Safety Guide*"
120.  RMA Tire Information Service Bulletin, June 1989, Vol. 25/No. 4 – Speed Ratings for Passenger Car Tires
121.  Tire Disablements and Accidents On High–Speed Roads, Traffic Institute, Northwestern University, J. Standard Baker, G. Declan McIlraith
122.  Anatomy of Accidents Following Tire Disablements, SAE 1999–01–0446, Ernest Z. Klein, Thomas L. Black, 1999
123.  The Role of Tread/Belt Detachment in Accident Causation, ITEC 1998, James Gardner
124.  The Microscopy of Catastrophic Tire Failures
125.  The Role of Blowouts in Accident Causation, ASME 87–WA/SAF–4, James Gardner, Christopher G. Shapley
126.  Tractor Trailer Skid Marks Generated Under Controlled Test Conditions
127.  Controlled Skid Studies Illustrating Tire Marks Generated By Radial Tires
128.  Drag and Steering Effects from Tire Tread Belt Separation and Loss, SAE 1999–01–0447, Fay Robinette, Smith, Flood, Bolden
129.  Techniques For The Reconstruction Of Rollover Accidents Involving Sport Utility Vehicles, Light Trucks and Minivans
130.  The Effect of Tire Characteristics on Vehicle Handling and Stability
131.  Properties of Passenger Car Tires with Tread Detachment
132.  The Traffic–Accident Investigation Manual, Ninth Edition, Northwestern University Traffic Institute, J. Stannard Baker, Lynn B. Fricke, 1986
133.  Motor Vehicle Accident Reconstruction and Cause Analysis
134.  Investigation of Motor Vehicle Fires, Fourth Edition, Lee S. Cole, 2001
135.  "TMC Task Force Readies Tire Inflation Campaign." Tire Business, September 30, 1996
136.  Liner Pattern Analysis – Photographs of Various Competitors Tires
137.  Innerliner Splice Analysis – Photographs of Various Competitors Tires
138.  Process Marks – Photographs of Michelin Tires
139.  Examples of Worn Out Tires with Cord Shadowing on Innerliner
140.  Examples of Tires with Nylon Cap Ply/Strips that have experienced Tread and Top Steel Belt Detachments

5

141. Video of Instrumented Vehicle demonstrating tread and top steel belt detachment
142. Uniform Tire Quality Grading Treadwear – Rim Groove Photographs
143. "Fractography of Tire Tread Separations" by J.W. Daws, Exponent Failure Analysis Associates
144. "The Effect of Snaked Belt Anomalies on Tire Durability" by Harold J. Herzlich of Herzlich Consulting, Inc.
145. "Belt Misalignments and Belt/Belt Tear Patterns" by Harold J. Herzlich of Herzlich Consulting, Inc.
146. "The Influence of Storage Humidity and Sulfur Bloom Upon Tack and Vulcanized Peel Force in Tire Belt Skim" by B.D. Lambillotte of Smithers Scientific Services, Inc.
147. "A Wax Bloom Study in Natural Rubber Compounds" by Krishna C. Baranwal of Akron Rubber Development Laboratory, Inc.
148. "Analysis of Migratory Species in Vehicle Tires" by James D. Rancourt, Ph.D. and Jason G. Todd of Polymer Solutions Incorporated
149. 9th Tyre Survey – Worldwide Majors by Exxon Mobil Chemical
150. "SEM/EDX Analysis of Moisture–Aged Steel cord" by Jerry J. Leyden of Akron Rubber Development Laboratory, Inc.
151. "Analysis of Steel Cord–Rubber Interface by SEM/EDX Controlled Experiments" by Jerry J. Leyden of Akron Rubber Development Laboratory, Inc.
152. DOT HS 809 523 – "Investigation of Driver Reactions to Tread Separation Scenarios in the National Advanced Driving Simulator (NADS)
153. RMA Memorandum Dated March 23, 2000 Re: VA Dept of State Police, Need for Standards for Recapped Tires, House Document No. 24
154. "Effect of Intra–carcass Pressure Buildup on Tubeless Tire Performance" by S.A. Banks, F. Brzenk, J.A. Rae and C.S. Hwa.
155. Costemalle, B., "Tire Pressure Loss and Intra–carcass Pressure Modeling," *Tire Science and Technology,* TSTCA. Vol. 20. No. 4. October–December, 1992. pp. 200–211
156. F. Lux and H. Strumpf, "Light–Weight Tire Concept" *Tire Science and Technology, TSTCA. Vol. 24. No. 2. April–June, 1996. pp. 119–133*
157. USDOT, October 2001, DOT HS 809 359 – Research Note, Tire Pressure Special Study: Tread Depth Analysis
158. NHTSA 61–01 – Many U.S. Passenger Vehicles Are Driven on "Bald Tires", NHTSA Research Survey Shows
159. NHTSA Web Site – Rollover
160. NHTSA "Analysis of FARS and Exposure Data between 1982 and 2002", March 30, 2004
161. DOT HS 809 361 – "Tire Safety, Everything Rides On It"
162. Newspaper Article – 'Astronomical' pothole epidemic is the pits", USA Today, March 11, 1994

163.    Tire Technology International 2001 article on Impacts Simulations by STL.

164.    ITEC 2004, Paper 45D – "Rim Line Grooves as an Indicator of Underinflated or Overloaded Tire Operation in Radial Tires" by Joseph L. Grant

165.    ITEC 2004 – "Abnormal Wear" by Jean-Claude Brico.

166.    ITEC 2004 – "Bead Compression Grooving: Characteristics and Influence of Tire Deflection" by Jean Claude Brico.

167.    ITEC 2004 – "Nature's Remnants in Natural Rubber" by James D. Rancourt, Ph.D.

168.    ITEC 2004 – "Do Liner Patterns Affect Tire Performance" by James D. Rancourt, Ph.D.

169.    ITEC 2004 – "Component Interfacial Tearing Appearances" by Gary Bolden.

170.    Traffic Collision Investigation, Chapter 8, 2001.

171.    ITEC 2004 – "Innerliners and Tire Durability" by Donald S. Tracey and Walter H. Waddell. Exxon Mobil Chemical Company."

172.    TIA 2005 – "Passenger & Light Truck Tire Conditions Manual."

173.    The Pneumatic Tire, edited by A. N. Gent and J. D. Walter, Published 2005 by the National Highway Traffic Safety Administration.

174.    RMA, May 9, 2006 "Tire Service Life: Results from an RMA Study of Scrap Tires."

175.    2005 paper by Standards Testing Labs, "Impact Simulations–What happens when a tire/wheel impacts a road hazard".

176.    NHTSA Publication "What's Your PSI – A Short Quiz to Test Your Knowledge of Tire Safety".

177.    NHTSA Poster "Underinflated Tires Can Lead to Disaster".

178.    Continental Tire Product Service Information Bulletin PSIB 05-01 "Tire Repair for Passenger Car and Light Truck Tires"

179.    Bridgestone/Firestone Technical Bulletin October 2005, Ref. No. P-05-10 "Tire Inspection Guidelines"

180.    ETRTO Recommendations on Tyre Service Life – 2005

181.    RMA June 10, 2005 letter to NHTSA Regarding Docket No. NHTSA-2005-21276

182.    Michelin Technical Bulletin, February 9, 2006, "Service Life for passenger Car and Light Truck Tires including Spare Tires"

183.    RMA Statement, 9-14-04 "Tire Service Life for Light Vehicle Tires"

184.    GM statement on Tire Aging

185.    Ford Statement on Tire Aging

186.    "Structural Impact Damage Under Varying Laboratory Conditions" by Gary Bolden of STL, ITEC 2006.

187.    "Structural Impact Damage Under Varying Laboratory Conditions" by STL, Tire Technology International 2006.

188.    "Process Marks in Disabled Tires" by Jean-Claude Brico, ITEC 2006

189.    "On the Irregular Wear Over Tread Belt Separations" by John Daws, ITEC 2006

190.    Ford Tire Warranty Guide – 2006

191.    Ford Tire Conditions Guide – 2006

192.    NHTSA FIRESTONE STEELTEX Investigative Reports

193.   "Forensic Analysis in Tire Tread Separations" by John W. Daws, RPN 3/5/07

194.   Michelin /NHTSA, November 1, 2006

195.   "Vehicle Response Comparison to Tire Tread Separations Induced by Circumferential Cut and Distressed Tires", SAE 2007–01–0733 by D. Tandy, Granat, Durisek, K. Tandy, Baldwin & Pascarella.

196.   TISB: Passenger and Light Truck Used Tires, June 2007.

197.   Tire Storage Dos & Don'ts by Peggy Fisher, Tire Business, May 21, 2007.

198.   Tire Business June 20, 2007 article "Sell Used Tires—but Carefully".

199.   X-rays of Competitor Tires with Various Belt splice and Belt Wire Conditions.

8

## JAMES D. GARDNER

## EDUCATION

Bachelor of Science, Mechanical Engineering, The University of Akron, Akron, Ohio; June, 1967.

Master of Science, Mathematics, The University of Akron, Akron, Ohio; June, 1970.

Accident Reconstruction, University of Southern California, Los Angeles, California; January, 1978.

Human Factor Engineering, ANACAPA Science, Santa Barbara, California; March, 1984.

Traffic Accident Reconstruction, Northwestern University, Evanston, Illinois; February, 1986.

Mechanics of Heavy-Duty Trucks and Truck Combinations, The University of Michigan, Ann Arbor, Michigan; July, 1987.

Tire Forensics for the Accident Investigator, University of North Florida, Jacksonville, Florida; February, 1988.

Engineering of Viscoelastic Polymers and Composites, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1992.

Inspection and Investigation of Commercial Vehicle Accidents, University of North Florida, Phoenix, Arizona; July, 1993.

Investigation of Motorcycle Accidents, University of North Florida, Jacksonville, Florida, August, 1994.

Fiber Reinforced Composite Materials, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1996.

Fundamentals of Lasers, Fiberoptics, and Photonic Sensors, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1997.

Rheological Behavior of Polymeric Liquids With Laboratory Workshop, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1998.

Data And Models: Theory and Computer Practice, Massachusetts Institute of Technology, Cambridge, Massachusetts; August, 1999.

Foams And Cellular Materials: Thermal And Mechanical Properties, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 2000.

## PROFESSIONAL ENGINEER

Licensed in the State of Ohio as a Professional Engineer.

## WORK EXPERIENCE

Mr. Gardner started as a Co-op engineering student with The Firestone Tire & Rubber Company in 1965. During that period and continuing after graduation, he worked in passenger tire development until January of 1969. During this period, Mr. Gardner worked on the design and construction of original equipment passenger tires from the drawing board through building, curing, and testing in both the laboratory and on the test track.

In January of 1969, Mr. Gardner joined the Advanced Tire Engineering Group at Firestone. In this area, he worked on all types of tire design and construction including Truck, Tractor, Off-Road, Airplane, Passenger, and special application tires. His responsibility included all phases of engineering from project engineer to group leader. During this period (1969 through November of 1976), Mr. Gardner was responsible for numerous projects ranging from strain gauge work on aircraft tires to development and field testing of Urban Mass Transit tires.

From November 1976 to April of 1982, Mr. Gardner held the position of Product Engineer and Senior Product Engineer. In these positions, he was responsible for failure mode analysis of tires and served as a consultant in the area of tire failures and accident investigation.

From May of 1982 to September 2000, Mr. Gardner was Director of Product Analysis for Bridgestone/Firestone, Inc. His department was responsible worldwide as independent internal and external consultants to advise various other departments on the subjects of tire failure analysis, accident reconstruction, tire performance standards, safety literature and risk prevention.

In October of 2000, Mr. Gardner became an independent engineering consultant. Mr. Gardner has investigated accidents throughout the United States and overseas for private parties as well as government agencies including the FBI. He has been qualified as an expert in the field of tires and accident reconstruction in numerous states and federal courts throughout the United States.

## PUBLICATIONS

Methodology of Science and Law in Product Liability
published by New Jersey Institute of Technology in 1977.

Controlled Skid Studies Illustrating Tiremarks Generated by Radial Tires
published by American Society of Mechanical Engineers in 1980.

The Distribution of the Inflation Forces on the Structural Members of a Radial Tire published
by the Society of Automotive Engineers in 1982.

Tractor Trailer Skid Marks Generated Under Controlled Test Conditions
published by American Society of Mechanical Engineers in 1982.

Tire Examination Following Accidents
published by Northwestern University Traffic Institute in 1986.

The Role of Blowouts in Accident Causation
published by American Society of Mechanical Engineers in 1987.

Selected Research & Development Needs in Highway Safety
published by American Society of Mechanical Engineers in 1991.

The Role of Tread/Belt Detachment In Accident Causation published by
International Tire Exhibition And Conference (ITEC) in 1998.

Introduction to Tire Safety, Durability, and Failure Analysis, J.D.Gardner and
B.J.Queiser, Chapter 15 of The Pneumatic Tire, NHTSA, Washington, DC,
2005.

## PATENTS

Author or Co-author of eleven U.S. and numerous foreign patents in the area of tire
technology.

## ENGINEERING ORGANIZATIONS

Member of The Society of Automotive Engineers, the National and Ohio Society of
Professional Engineers, American Society of Mechanical Engineers, The Tire Society and the
National Association of Professional Accident Reconstruction Specialists.

Mr. Gardner has held several offices in the Safety Engineering and Risk Analysis division of the
American Society of Mechanical Engineers including division chairman, vice-chairman and
Transportation Safety committee chairman. In 1998, Mr. Gardner was elected to the grade of Fellow.

|  | DATE | COURT | CASE NO. |
|---|---|---|---|
| Derosier v. Cooper | 11/15/05 | 15th Judicial Court<br>Palm Beach County, FL | 50-1999-CA-002705 |
| Ellis v. Costco | 2/3/03 | 15th Judicial Court<br>Palm Beach County, FL | NO. 97-CL01-3133AJ |
| McDonald v. Cooper | 2/4/04 | U.S.District Court<br>Middle District of FL<br>Tampa Division | 8:010CV-13-6-T-27 |
| Miller Bristow v. Pirelli | 10/27/03 | U.S. District Court For<br>The Northern District of<br>Georgia – Atlanta Division | NO. 1 01-CV-0176-CAP |
| Rios v. Kelly Springfield | 4/4/02 | 229th District Court<br>Duval County, Texas | DC 01-78 |
| Rodriguez v. Pirello | 10/14/04 | District Court<br>Hector County, TX | NO. C-115,396 |
| Snyder v. Goodyear | 4/6/04 | Superior Court of CA<br>County of Los Angeles | NO. TC015579 |
| Spahn v. Bridgestone/Firestone | 11/25/03 | USDC, Central District of<br>CA | CV-01-07039 |
| Williams v. Pirelli | 7/27/05 | Circuit Court of<br>Tenth Judicial Circuit<br>Polk County, FL | NO. 53-2002CA-0000-00 |
| Williams, Coleman | 11/25/02 | U.S.District Court For The<br>N.District of Texas<br>Dallas Division | NO. 3-01CV0184-N |
| Williams v. CTNA | 12/10/04 | U.S. District Court For The<br>Western District of<br>Pennsylvania | NO. 00-1258 |

12/31/05

## DEPOSITION TESTIMONY

| NAME | DATE | COURT | CASE NO. |
|------|------|-------|----------|
| Aguilera v. Bridgestone/Firestone, Inc. | 11/12/02 | Southern District of Florida Miami Div. | NO. 00-4363 |
| Albers v. Bridgestone/Firestone, Inc. | 11/15/02 | USDC, Southern Dist. of Florida, Miami Div. | NO. 00-3809-CIV |
| Alvarez/Valanqua v. Cooper | 3/8/05 | 15th Judicial Court Palm Beach County, FL | CA0212881AA |
| Andrade v. Goodyear | 11/15/05 | 63rd District Court ValVerde County, TX | 24678 |
| Barrios v. Bridgestone/Firestone, Inc. | 8/14/03 | Superior Court of CA, City of San Francisco | 1P015386CB/S |
| Barcenas v. Bridgestone/Firestone, Inc. | 12/15/04 | USDC Northern District of CA., San Jose | C030464 |
| Beccara v. Bridgestone/Firestone, Inc. | 10/23/03 | Probate Court No. 1, Harris County, TX | NO. 324907401 |
| Bellorin v. Bridgestone/Firestone, Inc. | 3/4/03 | District Court of Dallas County, TX 116th Judicial District | NO. 01-02156-F |
| Boerm v. Goodyear | 7/22/03 | District Court of Bexar County, TX 288th Judicial District | NO. 2002-CI-05109 |
| Bracho v. Bridgestone/Firestone, Inc. | 5/11/04 | 215th JDC, Harris County, TX | NO. 200044223 |
| Broussard v. Bridgestone/Firestone, Inc. | 10/2/02 | 19th Judicial Court Baton Rouge, LA | NO. 462082 |
| Brunner v. Bridgestone/Firestone, Inc. | 3/18/02 | District Court of Matagoda County, TX | NO. 99-J-0726-C |

| | | | |
|---|---|---|---|
| Brzobohaty v. Bridgestone/Firestone, Inc. | 2/25/03 | USDC, N. District of AL, Western Division | 1P005065CB/S |
| Castillo v. Cooper | 3/27/03 | Probate Court No. 2 Of Bexar County, TX | NO. 2001-PC-3896 |
| Castillo De Zerpa v. Bridgestone/Firestone, Inc. | 3/3/04 | USDC Middle Dist. of Ala., W. Division | NO.01-M-942 |
| Caston/O'Neal v. Bridgestone/Firestone, Inc. | 9/25/02 | USDC, For The Northern Dist. of Tenn. Nash. Div. | NO. 3:00-899 |
| Castro v. Bridgestone/Firestone, Inc. | 11/21/02 | Superior Court of CA, City of LA | KC033067 |
| Castro-Barreto v. Cooper | 6/8/04 | Superior Court of CA, County of Los Angeles | BC254965 |
| Cedres v. Cooper | 7/27/04 | Circuit Court of the 17th Judical Circuit Broward County | NO.01-01178CACE14 |
| Clayton v. Bridgestone/Firestone, Inc. | 7/15/03 | Duval County Circuit Court, FL | 01-2305-CA |
| Crane v. Bridgestone/Firestone, Inc. | 8/12/04 | Superior Ct. of CA, City of San Mateo | CIV433309 |
| Daer v. Yokohama | 3/1/05 | U.S. District Court District of Arizona | NO. CV01861 |
| Dizon/Hernandez v. Bridgestone/Firestone, Inc. | 8/15/02 | Superior Court of CA, Los Angeles City, CA | BC229087 |
| Elechar v. Falken | 9/30/05 | Superior County, CA Los Angeles, CA | BC257501 |
| Ellis v. Costco | 11/8/02 | 15th Judicial Circuit Palm Beach County, FL | NO. CL01-3133 AJ |
| Engel v. Bridgestone/Firestone, Inc. | 11/6/02 | USDC District Court For The Southern Dist. of Florida Miami Division | NO. 01-1710 |
| Ewing v. Cooper | 7/25/03 | Circuit Court of Noxubee County, MS | NO. 2002-095 |

| | | | |
|---|---|---|---|
| Feger v. Dart | 7/26/04 | Oldham Circuit Court Division LaGrange, KY | NO.02CI-00698 |
| Fuentes v. Goodyear | 5/23/05 | 139th District Court Hidalgo County, TX | C186404C |
| Garcia v. Bridgestone/Firestone, Inc. | 10/9/03 | USDC, E. District of TX, Marshall Division | 2-02CV301TJW |
| Garcia v. Cooper | 11/14/03 | 229th Judicial District Duval County, TX | NO. DC-02-73 |
| Glover v. Bridgestone/Firestone, Inc. | 1/9/03 | Circuit Court, Holmes County, MS | 2001-187 |
| Goodfellow v. Goodyear | 9/12/05 | In the Court of Common Pleas, Lorain County, OH | 03CV134727 |
| Grusenmeyer v. Yokohoma | 8/7/04 | 406th Judicial District Webb County, TX | NO. 2003 CVE000101D4 |
| Hardin v. Bridgestone/Firestone, Inc. | 11/15/02 | 163rd Judicial Court, Orange County, TX | NO. 010416C |
| Hernandez v. CTNA | 11/12/04 | District Court 394th Judicial District Presidio County, TX | NO. 6746 |
| Hix/Barnett v. Cooper | 5/25/04 | U.S. District Court Western District of TX San Antonio Division | NO. SA03CA0841-RF |
| Hughes v. Bridgestone/Firestone, Inc. | 9/10/02 | Circuit Court of Jackson County, MO at Kansas City | NO. 00-CV-222495 |
| Hutton v. Bridgestone/Firestone, Inc. | 2/24/04 | 192nd JDC Dallas City, TX | NO.024658 |
| Kent/Tracy v. Karen McCoy, et al. | 2/20/02 | Superior Court Santa Clara County, CA | NO. CV 780778 |
| Lawrence v. Bridgestone/Firestone, Inc. | 6/15/04 | 3rd Judicial Court Salt Lake City, UT | CV03139 |

| | | | |
|---|---|---|---|
| Leadlay v. Goodyear | 1/28/05 | District Court of the Judicial District of the State of Idaho | NO. O4-CV-0087B |
| Lucero v. CTNA | 5/3/05 | Superior Court of the State Of CA, County of Los Angeles, CA | BC295577 |
| Lundgren v. Bridgestone/Firestone, Inc. | 3/12/04 | Superior Ct. State of AZ City of Maricopa | CV2002-015221 |
| Lundsford v. Titan | 7/12/04 | District Court Nacoghoches County, TX 145th Judicial District | NO. C-18810-2002 |
| Martin v. Kendra Rubber | 3/22/02 | U.S.District Court, S.District of Indiana Indianapolis Division | NO. IP01-0089 C M/S |
| McCormick v. Bridgestone/Firestone, Inc. | 3/12/04 | United States District Court, AZ | NO.02-585 |
| McDonald v. Cooper | 1/28/03 | U.S. District Court Middle District of FL Tampa Division | 8:01-CV-1306-T-27 |
| MDL Depositions | 6/21/02 | U.S. District Court Southern District of IN Indianapolis, IN | IP 00-1373 |
| Means v. Bridgestone, Firestone Inc. | 7/13/05 | Circuit Court Lowndes County, AL | CV03138 |
| Meek v. Bridgestone/Firestone, Inc. | 6/25/02 | Superior Court of CA, County of Tulare | NO. 01194453 |
| Miller-Bristow v. Pirelli | 10/6/03 | U.S. District Court For The Northern Court Of Georgia – Atlanta Division | NO. 1 01-CV-017C-CAP |
| Moore v. Bridgestone/Firestone, Inc. | 9/8/04 | Circuit City of Marshall City, MS | NO. M01-347 |
| Nabors v. Bridgestone/Firestone, Inc. | 8/29/05 | Superior Court, State of Alaska, Anchorage | 3AN0309515C1 |

| | | | |
|---|---|---|---|
| Nava v. Bridgestone/Firestone, Inc. | 7/2/02 | 57th Judicial Court, Bexar County, TX | NO. 2001CL12335 |
| O'Brien v. Bridgestone/Firestone, Inc. | 5/8/03 | Circuit Court, Mobile County, AL | CV-2001-2973 |
| Octavio v. Bridgestone/Firestone, Inc. | 2/5/03 | USDC S. District of FL, Miami Division | 00-3826-CIV |
| Paniz v. Bridgestone/Firestone, Inc. | 11/15/02 | U.S. District Court Southern District of IN, Indianapolis, IN | NO. 00-5102-5107-5111 |
| Penley v. Bridgestone/Firestone, Inc. | 6/21/05 | 21st Judicial Court Kanakee City, IL | 03L146 |
| Pettit v. Bridgestone/Firestone, Inc. | 1/10/03 | District Court, Clark County, NV | AV435596 |
| Potier v. Bridgestone/Firestone, Inc. | 11/10/04 | USDC, District of Lafayette-Opelousas | CV032004 |
| Pronold v. Bridgestone/Firestone, Inc. | 12/5/02 | District Court, Johnson County, KS | 01 CV 05088 |
| Rebecek v. Bridgestone/Firestone, Inc. | 1/15/02 | 368th Judicial Court, Williamson County, TX | 00487C368 |
| Rodríguez v. Pirelli | 9/17/04 | District Court Hector County, TX | NO. C115,396 |
| Rodríguez Robertina v. Bridgestone/Firestone, Inc. | 12/3/04 | Hillsborough Circuit County Court, FL | NO. 01-4696 |
| Rodríguez/Flores/Ojeda v. Bridgestone/Firestone, Inc. | 7/29/03 | Sixth Circuit Court For Davidson County, Nashville, TN | NO. 01 MD 2 |
| Salas v. Cooper | 1/14/03 | 271st District Court Of Wise County, TX | NO. 01-05-354 |
| Segura v. Continental | 9/6/02 | District Court, Harris County, TX 152nd Judicial Division | NO. CV-2000-12-2725 |
| Shinhoster v. Bridgestone/Firestone, Inc. | 4/9/02 | Circuit Court of Macon County, AL | NO. CV-2001-197 |

| | | | |
|---|---|---|---|
| Sizemore v. Gold Eagle Co. | 5/9/02 | Court of Common Pleas, Butler County of Ohio | NO. CV-2000-12-2725 |
| Smith, Tyson v. Bridgestone/Firestone, Inc. | 11/8/02 | U.S. District Court For W. Division of Arkansas, El Dorado | NO. 1P015406CB/S |
| Snyder v. Goodyear | 3/15/04 | Superior Court of CA County of Los Angeles | NO. TC015579 |
| Touchton v. Bridgestone, Inc. | 3/4/02 | Duval County Circuit Court, FL | NO. 00-4735-CA |
| Urdaneta v. Bridgestone/Firestone, Inc. | 11/15/02 | U.S. District Court of Southern District of IN, Indianapolis, IN | NO. 00-5011-5013 |
| Vaine v. Dodge | 9/15/04 | State of Vermont County of Windsor Windsor Superior Court | NO. 620-11-01 |
| Wiest v. Bridgestone/Firestone, | 2/23/05 | Third District Court State of Utah, Salt Lake City | NO. 02095770 |
| Williams v. Greyhound | 5/14/04 6/23/04 9/22/05 | Superior Court of Liberty County, GA | NO. 01-V-993 |
| Williams v. Pirelli | 6/2/04 | Circuit Court Tenth Judicial Circuit Polk County, FL | NO. 53-2002CA-0000-00 |
| Williams v. CTNA | 12/9/04 | U.S. District Court For The Western District of Pennsylvania | NO. 00-1258 |

12/31/05